**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **GreenTech Automotive, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GreenTech Auto. P'ship A-3 LP 21355 Ridgetop Circle Suite 250 Sterling, VA 20166** | | **Investment** | | | | $42,411,027.98 |
| **Capital Wealth Holding Limited c/o Newhaven Trustees (BVI) PO Box 933 Road Town Tortola, BVI VG 1110** | | **Promissory Notes** | | | | $18,850,000.00 |
| **Elliot P. Fitzgerald 411 E. Franklin St. Suite 600 Richmond, VA 23219 *** | *Mr. Fitzgerald represents 12 creditors who obtained a judgment against the Debtor in a civil action captioned as Shen, et al. v. GreenTech Automotive, Inc., et al. (Case No. 2017-10645) in the Fairfax County, Virginia Circuit Court.  The individual judgment creditors are identified on Exhibit A.* | **Judgment Creditors** | | | | $7,573,449.39 |
| **State of Mississippi Office of the AG/Civil Lit. PO Box 220 Jackson, MS 39205** | | **Amounts due under loan** | **Contingent Unliquidated Disputed** | | | $2,850,000.00 |

---

Official form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims        page 1

Debtor  **GreenTech Automotive, Inc.**    Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Tunica County, Missippi co/John Keith Perry Jr. 5699 Getwell Road Building G5 Southaven, MS 38672** | | **Automotive manufacturing facility located at One GreenTech Drive, Robinsonville, Mississippi 38664** | **Contingent Unliquidated Disputed** | $2,000,000.00 | $0.00 | $2,000,000.00 |
| **American Theme Park Funds Management LLC 21355 Ridgetop Circle, Ste 250 Sterling, VA 20166** | | **Promissory notes** | | | | $1,150,000.00 |
| **Jiangsu Saleen Auto. Tech Co. Bldg 7&8 No. 299 Wenshui Rd Jingan District Shanghai PR CHINA** | | **Trade debt** | | | | $820,831.52 |
| **Gulf Coast Funds Management 21355 Ridgetop Circle Suite 250 Sterling, VA 20166** | | **Mangement fees** | | | | $796,833.43 |
| **Subscribers to Tranche A-3 (44 individuals, each with a claim of $560,000)** | *Individual Tranche A-3 subscribers are identified on Exhibit B.* | **Subscriber right to refund (A-3)** | | | | $560,000.00 |
| **Subscribers to Tranche A-4 (87 individuals, each with a claim of $560,000)** | *Individual Tranche A-4 subscribers are identified on Exhibit C.* | **Subscriber right to refund (A-4)** | | | | $560,000.00 |
| **Norma Anderson Tax Collector, Tunica Co. PO Box 655 Tunica, MS 38676** | | **Automotive manufacturing facility located at One GreenTech Drive, Robinsonville, Mississippi 38664** | | $208,220.48 | $0.00 | $208,220.48 |
| **Virtual Integrated Analytics Solutions Inc. 1400 Broadfield Blvd Ste 325 Houston, TX 77084** | | **Engineering software provider** | | | | $140,226.00 |

| Debtor | **GreenTech Automotive, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Quality Metalcraft Inc.** 33355 Glendale Avenue Livonia, MI 48150 | | **Trade debt** | | | | $120,000.00 |
| **Swoosh Technologies & Solution** 1422 Elbridge Payne Road Suite 230 Chesterfield, MO 63017 | | **Enginerring software provider** | | | | $77,877.34 |
| **Futuris Auto Interiors** Unit 3807 38th Fl BM Bus Cntr No. 100 Yutong Rd, Zhabei Dist Shanghai PR CHINA | | **Trade debt** | | | | $48,805.43 |
| **Akerman LLP** IOLA Account 666 Fifth Street, 20th Floor New York, NY 10103 | | **Legal services** | | | | $41,673.56 |
| **Sheehan & Associates, PLC** 1460 Walton Blvd. Suite 102 Rochester, MI 48309 | | **Legal services** | | | | $35,732.81 |
| **Honigman Miller Schwartz&Cohen** 2290 First National Building 660 Woodard Avenue Detroit, MI 48226 | | **Professional services** | | | | $17,881.44 |
| **P7/Buchanan Pinkard Lakeside** PO Box 780052 Philadelphia, PA 19178 | | **Office rent (Virginia)** | | | | $15,818.20 |
| **Global Steering Systems, LLC** PO Box 210 Watertown, CT 06795 | | **Trade debt** | | | | $8,550.00 |

## EXHIBIT A

### Judgment Creditors
### (Shen, et al. v. Green Tech Automotive, Inc., et al. Case No. 2017-10645, Fairfax County, Virginia Circuit Court)

Chunleigh Guo
Rm 8-902, Changqingyuan North
Haidan District
Beijing PR CHINA

Gan Long
1-2-1901Courtyard 15 Furong St
Wangjing, Chaoyang Dist
Beijing PR CHINA,

Jian Liu
1202 Unt 4 Bldg 2 BeijingZunfu
No 9 Naoshikou St Xicheng Dist
Beijing PR CHINA

Jing Shen
Rm 1204 No. 7
Lane 1188 Changning Road
Shanghai PR CHINA

Like Ma
1403 No. 6 Yifeng Isl.
Xincheng Dist Hohhot
Inner Mongolia CHINA

Ling Wan
Rm 107 Unit 2 No. 951
Bldg. Zhongguancun Haidian Dis
Beijing PR CHINA

Wen Yang
Rm 402 Bldg 4 No. 6 Hailong Rd
Laoshan Dist Qinqdao City
Shandong Prv. CHINA

Wenjie Wang
Rm 1401 Unit 1 Anju Dasha
Suichang County Zhejiang Prov.
PR CHINA

Xiahong Yang
Rm 908 Yunfegge
Wanke City Garden, Shunyi Dist
Beijing PR CHINA


Xiaoning Zhao
No 606 Unit 7No 1 Bldg
Shuiduizi Beili, Chaoyang Dist
Beijing PR CHINA,


Xin Mu
Rm 1102, Unit 2 Bldg 3
ZSX Township, Haidan District
PR CHINA,


Xin Yang
No. 401 Unit 2 Bldng 56
Balizhuang Xili Chaoyang Dist.
Beijing PR CHINA



9496799.1  077777.00969

## **EXHIBIT B**

**Subscribers in Tranche A-3**

Baihui He
2305 Alamo Heights Drive
Diamond Bar, CA 91765

Bing Han
270 Park Avenue
New York, NY 10017

Dong Yang
No 21-3 Bintaoyuan Binhai W Rd
Xigang Dist., Dalian City
Liaoning Prv. PR CHINA

Fangfang Liao
3164 Borge Street
Oakton, VA 22124

Guosheng Zhang
1620 West Jefferson Street
Philadelphia, PA 19121

Hao Ling
209 Ridgemont Lane
Walnut, CA 91789

Hui Liang
Rm 4-203, Bldg No. 207, 2d Blk
Wang Jing Xi Yuan, Chao Yang D
Beijing PR CHINA

Huibin Lu
1124 Piemonte Drive
Pleasanton, CA 94566

Jiahong Liu
4010 Runnymeade Drive
Collegeville, PA 19426

Jiande Fang
976 Cole Place
Santa Clara, CA 95054

Jie Cui
60 Jericho Road
Weston, MA 02493

Jing Li
36-24 215th Street, 1st Fl.
Bayside, NY 11361

Jing Xu
1-2302 Bldg 24 Ningleli
S Cangqiong Rd W, Nankai Dist
Tianjin PR CHINA

Jinhua Liu
Rm 402 Unit 2 Bldg 3 No A3
Haian Rd, Laoshan Dis, Qingdao
Shandong Prv PR CHINA

Lei Tao
No. 3402 Flr 4 No 3 Bldg A2 Yd
Huayuan Rd Haidian Dist
Beijing PR CHINA

Li He
2305 Alamo Heights Drive
Diamond Bar, CA 91765

Li Li
930 SW Gibbs Street
Apt. 1
Portland, OR 97239

Limei Jiang
395 Rice Avenue
Revere, MA 02151

Lina Yan
No. 2 Jia Huayan Bei Rd
Haidan District
Beijing PR CHINA

Meirong Chen
No 1 St., Taiyanggong
Chauyong District
Beijing PR CHINA

Ning Wang
F/5 Traning Ctr, Fangnan PO
2nd Ring W Rd Xuzhou City
Jiangsu Prov CHINA

Shengbo Zhang
No. 2346 Yantanlu Rd, Lanzhou
Ganso Province
730000 PR CHINA

Shie Xiong
1150 S. Clarizz Boulevard
Apt. 342
Bloomington, IN 47401

Tao Cui
No. 2202, Unit 1, No. 9
Jingde Garden, Nankai Dist.
Tianjin City PR CHINA

Tianyang Geng
5591 Bowland Place North
Apt. 343
Dublin, OH 43016

Wang Zhang
26th Pathway
Irvine, CA 92618

Wei Zeng
No. 170 Lane
1983 Huamu Road
Shanghai PR CHINA

Weihua Zhang
850 Terrace Lane East
Diamond Bar, CA 91765

Xianhai Liu
47-05 Center Boulevard
Apt. 3013
Long Island City, NY 11109

Xiaoyan Liu
7350 North Cedar Avenue
Fresno, CA 93720

Xinmin Li
2105 Bldg 13 Yard 54
Dongsanhuan Nanlu Chaoyang Dis
Beijing PR CHINA

Yali Fan
801 Unit 2 C-23 Zhuxin Zhuang
Huilongguan, Chaoyang Dist.
Beijing PR CHINA

Yifei Zhang
4913 134th Place SE
Bellevue, WA 98006

Ying Chen
1041 Otis Drive
Alameda, CA 94501

Ying Li
12-2-6, 5 District Shijicheng
Yuanda Road, Haidan District
Beijing PR CHINA

Yingsho Lu
248 Amber Ridge Lane
Walnut, CA 91789

Yue Dong
Rm 402 Unit A Guanhuguoji
Qiqha'er City Heilongjiang Pr.
161000 PR CHINA

Yunhai Zhang
No 1501 Unit 3 Bldg 11
Yifendushi Sq Dalian City
Liaoning Prov. PR CHINA

Yunxia Shao
2819 Mustang Drive
Herndon, VA 20171

Yuqing Dai
Rm 502 Unit 1 Flr 4 No 1 Bldg
No 38 Yard Nanwei Rd Xuanwu D.
Beijing PR CHINA

Zhenjun Zhang
14726 Ramona Avenue #410-E9
Chino, CA 91710

Zhiqiang Cai
C2-05 Xiangbin Huayuan Comm
Shengfang Town Bhazou City
Hebei Prov. PR CHINA

Zhiwei Wang
3426 Monticello Boulevard
Cleveland, OH 44121

Zhuoni Han
26245 SE 42nd Street
Issaquah, WA 98029

9497647.1  077777.00969

## EXHIBIT C

### Subscribers in Tranche A-4

Fang Weng
19-1-1203 Meiyuhuting
Weijin South Road & Lijiangdao
Xiqing District, PR CHINA

Xuemei Qi
10-1701 Daoxidi Xiaoqu
Xiaochengdu
Tianjin 300203 CHINA

Heng Li
B-2-101 Huanahaoyuan, No16
Second Ave., Dev.  Zone
Tianjin, PRC 300000

Chaosong Ma
No.1005 Unit 1, Bldg 8
Shijicheng Yuandayuanwuqu Haidian
Beijing,PR CHINA 100000

Jing Wang
Room 906, Unit 3, Bldg 3, Yard 10,
Fangyuan Nanli, chaoyang District
Beijing, PR CHINA 100020

Jinying Zhang
602, No.47, Qutangxia Rd, Shinan Dist
Qingdao, Shandong,
266002 PR CHINA 266071

Jiang Sun
No. 39 Nanguan St
Jimo City, Shandong Province
PR CHINA 266200

Le Zhang
2-3-801, Minhang Garden Taifu Rd
Zhengdong New Area, Zhengzhou City,
Henan Prov. PR CHINA 450000

Jayaramaiah Chowdappa
[Address unknown]

Ziyin Zhang
Rm 2106 Bldg 9 Cangjiadao Lane
Dongcheng District
Beijing  PR CHINA 100000

Xiaojuan Du
5-1-201 Renheng Haihe Square
Nankai District, Tianjin City
PR CHINA 300000

Ming Wei
No. 15, Lane 599, South Laiting Rd
Songjiang Dist, Shanghai, 201615
P. R. CHINA 201600

Jiabo Jiang
9-1-6A Chunmengyuan
Shijicheng Haidian District
Beijing City, PR CHINA 100000

Xinmin Bian
No.7, Block B, Yinhu Garden
Xingqing District, Yinchuan City
Ningxia Prov, PR CHINA 750000

Xuejun Zhao
Room 601, No.7, Lane 883
Daning Road
Shanghai 200072 PR.CHINA

Xiaolu Li
5-1608 Yiyuanju Cuiwei Rd
Haidian District
Beijing, PRC 100000

Jun Li
1605, Bldg 3, Yiyuan Ju, No.4
Cuiwei Road, Haidian District
Beijing PR CHINA 100000

Weiying Cui
2-2-401 Shanshuihuafu Jinxiux.
Panyu, Guangzhou
PR CHINA 511400

Ning Jin
6-17B, Yude Jiayuan, Houhai Ave.
Shenzhen City, Guangdong Province
PR CHINA 518000

Ying Huang
Room 1201, No.78, Hui Jing Bei Rd
Tian He District, Guangzhou City
Guangdong Prv, PR CHINA 510000

Na Li
6-1-503 No 88, Dongsihuanbeilu Rd
Chaoyang District
Beijiing, PR CHINA 100000

Yang Zhang
1005,Unit3,No 8 Chaoyangmennei St
Dongcheng District
Beijing, PR CHINA 100000

Weiming Fang
Room 1203, No. 7, Lane 168,
Nandan East Road
Shanghai 200030, P. R. CHINA

Yimin He
No.10,Lane 81,Xingeng Road
Shanghai, PR CHINA 200000

Yun Ma
No.904, Bldg 301 Section III
angjing Xiyuan, Chaoyang District
Beijing City, PR CHINA 100000

Wen Chen
No 130 Yipinmancheng Ln
568 Puxing Road
Shanghai, PR CHINA 200000

Xin Wang
No.5 Xinhua Alley
Xicheng District
Beijing, PR CHINA 100000

Zijun Wang
2-2-2 Bldg 8 No.53 Huanhuabinhe Rd
Qingyang District, Chengdu City
Sichuan Province, PR CHINA 610000

Gezi Kong
3201, Bldg C4, Tianchangyuan
Hongjunying S. Rd Chaoyang D.
Beijing, PR CHINA 100000

Xiaoxiao Jiang
Room 1704, Bldg 11, Huateng Comm.
No.54 Dongsanhuannan Rd, Chaoyang D
Beijing, PR CHINA 100020

Lixia Li
1-6-170 No16 Zhongguancun E. Rd.
Haidian District
Beijing City, PR CHINA 100000

Yue Tian
Room 604, Unit 1, Bldg 7, Jiexin Garden
No.7 Fengcheng Road
Xian City, PR CHINA 710000

Xudong Chai
59-2-102, Tiantongyuan Bei 3 Qu
Changping District
Beijing City, P. R. CHINA 100000

Jun Li
No1303 Bldg 2 Yard1 Nanbinhe Rd,
Guangqumen, Dongcheng District
Beijing, PR CHINA 100000

Yan Li
8-1-1402, Jinzhengdijingcheng
Gongnong Rd Qiaoxi Dt Shijiazhuang Cty
Hebei Prv, PR CHINA 050000

Liya Jiang
Room 1102, No. 130, Lane 288
 Shuangyang N Rd
Shanghai, 200433 CHINA

Ma Jing
608-4-901,Dongba Olympics Garden
Chaoyang District
Beijing P. R. CHINA 100000

Yiwen Yang
6-204 Wanliu Yangchun Guanghua
Jiayuan, Haidian District
Beijing, PR CHINA 100000

Lijun Sheng
Room 401, No. 29, Lane 579
Xianxia Road
Shanghai, 200336 PR CHINA

Pin Sun
Rm 301, No.2 Lane 400
Miaopu Road
Shanghai, PR CHINA 200000

Liangguang Zou
No.303 Unit 4, No.24 Bldg,Zhichunli
Haidian District
Beijing, PR CHINA 100000

Tingye Sun
5-603, Xichengnianhua
388 Shenhua Road, Hangzhou
Zhejiang, PR CHINA 310000

Juan Chen
7A-802, Qingzhiyuan
Xichang District
Beijing, PRC 100000

Tao Liang
3-801 Huaqing Jiayuan
Haidian District
Beijing 100083, PR CHINA

Hui Xu
3117 White Peach Place
Fairfax, VA 22031

Zongang Wang
Room 5-1-1002, Tianbaoyuan Sili
Yizhuang ETDA 100176
Beijing PR CHINA

Gang Dong
1608 Bldg 327 Sct 3, Wangjing Xiyuan
Chaoyang District
Beijing, PR CHINA 100000

Hongbo Ying
Room 1006, No.32, Bldg 6, Lijiang Xindu
Jiangdong Dst,Ningbo Cit
 Zhejiang Prv, PR CHINA 315000

Xiaoyan Wu
36-102 Zhongyang Lingshiguan
Wojiagongfang, Xilvdi,Xinhua St.
Hebei Prv, PR CHINA 065400

Linyan Peng
L17 Dongfangjindian, Jingnansanlu Rd
Jingkai District, Zhengzhou City
Henan Province, PR CHINA 450000

Wen Yang
Room 402, Bldg 4, No.6, Hailong Rd
Laoshan District, Qingdao City
Shandong Prv, PR CHINA 266100

Chunlei Guo
RM.8-902, Changqingyuan North,
Haidian District
Beijing City, PR CHINA 100000

Gongde Hu
No.2, Floor 1, Unit 3, Bldg 12, Chongdefang
Yanta District, Xi'an City
Shaanxi Prv, PRCHINA 710000

Chengwei Lu
5324 Fishers Hill Way
Haymarket, VA 20169

Donghomg Li
5462 46th CT W
Bradenton, FL 34210

Ying Lin
2-241, Bldg 8, Guanghuaxi Li
Chaoyang District
Beijing, 100020, PR CHINA

Qingyu Li
4-501 No17 Beicangpo Beimen St
Kunming City
Yunnan Prv PR CHINA 650000

Lin Ma
No. 1601 Gate 3, Bldg W
West Beixin St, Lubei Dst, Tangshan City
Hebei Province, PR CHINA 063000

Yuying Shou
Room 1807, No.5, Lane 99
Zhongtan Road
 Shanghai, 200063, PR CHINA

Huifen Jiang
10-4-301, Aiminli
Tanggu District
Tianjin, PR CHINA 300450

Man Yang
No.59 Jianghan Zhengmachang Rd.
Wuhan City
Hubei Prv, CHINA 430000

Zhitao Yu
1150 Clarizz Blvd., 247C
Bloomington, IN 47401

Jie Lin
F102, Cuidixuan, Vanke City
Bantian, Longgang Dst, Shenzhen City
Guangdong Prv PR CHINA 518000

Yunqian Al
Room 101, Unit 1, Bldg 28
Lixiang Xiaozhen, Kunming City
Yunnan Prv, PR CHINA 650000

Xin Mu
Room 1102, Unit 2, Bldg 3
 Zhonghaifenglian Shanzhuang Xibeiwang
Beijing, PR CHINA 100000

Jing Li
Room 501, Unit 1, Bldg 5, Heping Dst.
Xirongxian Heping Social Comm.
Beijing City, PR CHINA

Jin Shi
C-11F, Huating Jiayuan, No.6.
Middle Rd of N Fourth Ring, Haidan Dst
Beijing, PR CHINA 100000

Jianyu Zhang
No.604,No.1 Bldg,No.19Yard
West 3rd Ring N Road, Haidian Dst
Beijing,PR CHINA 100000

Zhongqui Gong
Room 16B, No. 6, Yangqing Bldg
Yucheng St, Yuhuan Co, Zhejiang Prvn,
PR CHINA  317600

Quihong Feng
No.502, Bldg 58, Jingjie Comm.
Yizhuang Econ Dev Zone
Beijing, PR CHINA 100000

Ying Zhang
No.337 Lane 1888, Sichen Rd
Songjiang District
Shanghai, PR CHINA 200000

Jing Shen
Room 1204, No.7, Lane 1188
Changning Road
Shanghai, PR CHINA 200000

Xiaohua He
Rm 401 No.72 Zhongwang
Garden, Fengxian District
Shanghai, PR CHINA 200000

Hao Zhang
2-1-901, Guoxing Jiayuan
No. 20, Shouti South Rd, Haidian
Beijing, PR CHINA 100000

Mei Chong
Zaozhuangxiaoqu,Wenhua E Rd
 Zaozhuang City
Shandong Prv PR CHINA 277000

Tianqun Gao
2302 Bldg 17 Citic Mangrove Garden
 Shahe, Nanshan Dst, Shenzhen City
Guangdong, PR CHINA 518000

Lizheng Shi
3209, Tower B, A 5
Shuguangxili, Chaoyang Dst
Beijing, PR CHINA 100020

Shitong Xu
3-2-602 Huimingyuan Anshan St
Heping District
Tianjin PR CHINA 300000

Lijun Hao
2-3-201 Qingfangyuan, Chengxibei Rd
Changzhi City
Shanxi Prv, PR CHINA 046000

Dehong Zang
2C, Unit 1, Bldg 44, Shangshuijing,
Buji Town, Shenzhen City
Guangdong Province, PR CHINA

Xianzhe Wang
51-42 Codwise Place
Elmhurst, New York 11373

Yangdong Wang
1101-4-8 Shenghuali Community
Tiancun Rd, Haidian District
Beijing, CHINA  100049

Yingying Su
No.2092 Lake Leman Villa
Houshayu Co, Shunyi Dst
Beijing, PR CHINA 100000

Lixin Cao
Rm 3-1102, Bld No. 18, C. Blk 5
Yangguang Shuncheng Comm.,
Jinan Shandong 250002 CHINA

9497696.1  077777.00969