**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In Re: | ) |
| | ) |
| GreenTech Automotive, Inc., | ) Case No. 18-10651-BFK |
| | ) Chapter 11 |
| Debtor. | ) |

___

| | |
|---|---|
| In Re: | ) |
| | ) |
| Gulf Coast Funds Management, LLC, | ) Case No. 18-10653-BFK |
| | ) Chapter 11 |
| Debtor. | ) |

___

| | |
|---|---|
| In Re: | ) |
| | ) |
| GreenTech Automotive Capital A-3 GP, LLC, | ) Case No. 18-10655-BFK |
| | ) Chapter 11 |
| Debtor. | ) |

___

| | |
|---|---|
| In Re: | ) |
| | ) |
| GreenTech Automotive Partnership A-3, L.P., | ) Case No. 18-10656-BFK |
| | ) Chapter 11 |
| Debtor. | ) |

___

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that Jing Shen, Wen Yang, Wenjie Wang, Xiaoning Zhao, Chunlei Guo, Like Ma, Xin Mu, Gan Long, Jian Liu, Ling Wan, Xiaohong Yang, and Xin Yang,

___

Robert H. Chappell III, Esquire (VSB #31698)
Timothy G. Moore, Esquire (VSB #41730)
Jennifer J. West, Esquire (VSB #47522)
James K. Donaldson, Esquire (VSB #80307)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone:  (804) 697-2000
Facsimile:  (804) 697-2100
*Counsel for Jing Shen, Wen Yang, Wenjie Wang, Xiaoning Zhao,*
*Chunlei Guo, Like Ma, Xin Mu, Gan Long, Jian Liu, Ling Wan,*
*Xiaohong Yang, and Xin Yang*

pursuant to Bankruptcy Rule 9010(b), hereby appear by their counsel in the above-captioned case and request that notice of all matters and service of all papers, reports, pleadings and other documents therein be duly served on their counsel at the address shown below and that they be included on all limited notice or service lists authorized by the Court in this case.

PLEASE TAKE FURTHER NOTICE that this document shall not be deemed or construed to be a waiver of Jing Shen, Wen Yang, Wenjie Wang, Xiaoning Zhao, Chunlei Guo, Like Ma, Xin Mu, Gan Long, Jian Liu, Ling Wan, Xiaohong Yang, and Xin Yang's rights (1) to have final orders in non-core matters entered only after de novo review by a District Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding arising in or related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Jing Shen, Wen Yang, Wenjie Wang, Xiaoning Zhao, Chunlei Guo, Like Ma, Xin Mu, Gan Long, Jian Liu, Ling Wan, Xiaohong Yang, and Xin Yang are or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Jing Shen, Wen Yang, Wenjie Wang, Xiaoning Zhao, Chunlei Guo, Like Ma, Xin Mu, Gan Long, Jian Liu, Ling Wan, Xiaohong Yang, and Xin Yang expressly reserve.

    JING SHEN, WEN YANG, WENJIE WANG, XIAONING ZHAO, CHUNLEI GUO, LIKE MA, XIN MU, GAN LONG, JIAN LIU, LING WAN, XIAOHONG YANG, AND XIN YANG

    By: /s/ Timothy G. Moore
        Counsel

Robert H. Chappell III, Esquire (VSB #31698)
Timothy G. Moore, Esquire (VSB #41730)
Jennifer J. West, Esquire (VSB #47522)
James K. Donaldson, Esquire (VSB #80307)
SPOTTS FAIN PC
411 East Franklin Street, Suite 600
Richmond, Virginia 23219
Telephone: (804) 697-2000
Facsimile: (804) 697-2100
*Counsel for Jing Shen, Wen Yang, Wenjie Wang,*
*Xiaoning Zhao, Chunlei Guo, Like Ma, Xin Mu,*
*Gan Long, Jian Liu, Ling Wan, Xiaohong Yang,*
*and Xin Yang*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service was served via U.S. Mail, postage prepaid, or electronic means on this 1st day of March, 2018, to the following, constituting all necessary parties:

GreenTech Automotive, Inc.
21355 Ridgetop Circle, Suite 250
Sterling, VA 20166
*Debtor*

Gulf Coast Funds Management, LLC
21355 Ridgetop Circle, Suite 250
Sterling, VA 20166
*Debtor*

GreenTech Automotive Capital A-3 GP, LLC
21355 Ridgetop Circle, Suite 250
Sterling, VA 20166
*Debtor*

GreenTech Automotive Partnership A-3, L.P.
21355 Ridgetop Circle, Suite 250
Sterling, VA 20166
*Debtor*

Kristen E. Burgers
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
*Debtors' Counsel*

John P. Fitzgerald, III
Office of the U.S. Trustee - Region 4
115 South Union Street, Room 210
Alexandria, VA 22314

/s/ Timothy G. Moore
Counsel