**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re:<br><br>GreenTech Automotive, Inc.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10651 |
| In re:<br><br>WM Industries Corp.,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10652 |
| In re:<br><br>Gulf Coast Funds Management, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10653 |
| In re:<br><br>American Immigration Center, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10654 |
| In re:<br><br>GreenTech Automotive Capital A-3 GP, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-10655 |

Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hf-law.com

*Proposed co-Counsel to the Debtors*

Mark S. Lichtenstein (pro hac vice pending)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4001
Email: mlichtenstein@crowell.com

*Proposed co-Counsel to the Debtors*

|   |   |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GreenTech Automotive Partnership A-3, L.P., ) | |
| ) | Case No. 18-10656 |
| Debtor. ) | |

### AMENDED NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on February 26, 2018 (the "**Petition Date**"), GreenTech Automotive, Inc. and its affiliated entities WM Industries Corp., Gulf Coast Funds Management, LLC, GreenTech Automotive Capital A-3 GP, LLC, GreenTech Automotive Partnership A-3, L.P. and American Immigration Center, LLC (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") with the United States Bankruptcy Court for the Eastern District of Virginia (the "**Court**") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that together with the chapter 11 petitions, the Debtors also requested an expedited hearing before the Court (the "**First Day Hearing**") to consider certain motions (collectively, the "**First Day Motions**") filed on the Petition Date and listed on the Proposed First Day Agenda attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled the First Day Hearing on **Wednesday, March 7, 2018, at 1:30 p.m. (prevailing Eastern time)** in Courtroom I of the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, 200 South Washington Street, 2nd Floor, Alexandria, Virginia 22314.

**PLEASE TAKE FURTHER NOTICE** that a copy of each of the First Day Motions may also be obtained by accessing the Court's website at *https://ecf.vaeb.uscourts.gov* through an account obtained from the Pacer Service Center at 1-800-676-6856 or *www.pacer.gov*.

**PLEASE TAKE FURTHER NOTICE that your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in these bankruptcy cases. (If you do not have an attorney, you may wish to consult one.)**.

**PLEASE TAKE FURTHER NOTICE** that the requirement of a written objection to the First Day Motions has been waived. If you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your views on the First Day Motions, then you or your attorney must attend the First Day Hearing.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter an order granting the relief requested in the First Day Motions without further notice or opportunity for objection or hearing.**

Dated:   March 2, 2018					Respectfully submitted,

							*/s/ Kristen E. Burgers*
							Kristen E. Burgers (VSB No. 67997)
							HIRSCHLER FLEISCHER
							8270 Greensboro Drive, Suite 700
							Tysons, Virginia  22102
							Telephone:	(703) 584-8900
							Facsimile:	(703) 584-8901
							Email:		kburgers@hf-law.com


							*/s/ Mark S. Lichtenstein*
							Mark S. Lichtenstein (pro hac vice pending)
							Crowell & Moring LLP
							590 Madison Avenue, 20th Floor
							New York, New York 10022
							Telephone:	(212) 223-4000
							Facsimile:	(212) 223-4001
							Email:		mlichtenstein@crowell.com

							*Proposed co-Counsel to the Debtors*

EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| In re: <br><br> GreenTech Automotive, Inc., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10651 |
| In re: <br><br> WM Industries Corp., <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10652 |
| In re: <br><br> Gulf Coast Funds Management, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10653 |
| In re: <br><br> American Immigration Center, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10654 |
| In re: <br><br> GreenTech Automotive Capital A-3 GP, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 18-10655 |

Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hf-law.com

*Proposed co-Counsel to the Debtors*

Mark S. Lichtenstein (pro hac vice pending)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4001
Email: mlichtenstein@crowell.com

*Proposed co-Counsel to the Debtors*

|  |  |
|---|---|
| In re: <br><br>　GreenTech Automotive Partnership A-3, L.P., <br><br>Debtor. | Chapter 11 <br><br> Case No. 18-10656 |

**AMENDED PROPOSED FIRST DAY AGENDA FOR HEARING ON
MARCH 7, 2018 AT 1:30 P.M. (PREVAILING EASTERN TIME)**

In support of the following relief requested at the first day hearing, the Debtors refer the Court to the Declaration of Norman D. Chirite in Support of the Debtors' Chapter 11 Petitions and First Day Pleadings [Docket No. 7][1].

**I.    Administrative Motions**

1. ~~Debtors' Motion for an Extension of Time to File Lists, Schedules and Statements of Financial Affairs [Docket No. 2]~~ [ORDER ENTERED]

2. Debtors' Motion for Entry of an Order Pursuant to Fed. R. Bankr. P. 1015(b) Directing Joint Administration [Docket No. 3]

3. Debtors' Motion for Administrative Order (I) Limiting Number of Recipients of Future Notices and (II) Designating Form and Manner in Which Notices May Be Sent to Certain Interested Parties [Docket No. 4]

4. Debtor's Motion for Entry of an Order (a) Authorizing, But Not Directing, the Debtor to Pay Certain Pre-Petition (i) Wages, Salaries, and Other Compensation, (ii) Reimbursable Employee Expenses, and (iii) Employee Medical and Similar Expenses; and (b) Authorizing and Directing Banks and Other Financial Institutions to Honor All Related Checks and Electronic Payment Requests [Docket No. 5]

5. Motion for Entry of an Order (i) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service, (ii) Deeming Utility Companies Adequately Assured of Future Performance, and (iii) Establishing Procedures for Determining Requests for Additional Adequate Assurance [Docket No. 6]

---

[1]   All docket numbers cited herein refer to the docket numbers in the bankruptcy case of GreenTech Automotive, Inc. (Case No. 18-10651).

**II.     Substantive Motions**

     6.    Debtor's Motion for Entry of an Order Approving Key Employee Incentive Program and a proposed form of order thereon [Docket No. 10]

Dated:  March 2, 2018                                       Respectfully submitted,

*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia  22102
Telephone:     (703) 584-8900
Facsimile:      (703) 584-8901
Email:            kburgers@hf-law.com


*/s/ Mark S. Lichtenstein*
Mark S. Lichtenstein (pro hac vice pending)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone:     (212) 223-4000
Facsimile:      (212) 223-4001
Email:            mlichtenstein@crowell.com

*Proposed co-Counsel to the Debtors*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of March, 2018, I caused to be served a true and correct copy of the foregoing Amended Notice of Hearing on First Day Motions, along with the Proposed Agenda attached to the Notice as Exhibit A on the parties identified on "Joint Service List" and the "Utilities Service List" attached hereto. The Joint Service list includes (i) the Office of the United States Trustee, (ii) the Securities and Exchange Commission, (iii) all secured creditors of each of the Debtors herein, (iv) all taxing authorities, and (v) all parties identified on the List of 20 Largest Unsecured Creditors filed by each of the Debtors herein.

*/s/ Kristen E. Burgers*
Kristen E. Burgers

**JOINT SERVICE LIST**

Office of the United States Trustee
115 S. Union Street, Room 210
Alexandria, Virginia  22314
Facsimile:  (703) 557-7279
E-mail:  ustpregion04.ax.ecf@usdoj.gov

US Securities & Exchange Commission
950 E. Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382
Facsimile:  (404) 842-7666
E-mail:  atlanta@sec.gov

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
E-mail: Valerie.Riley@irs.gov

Virginia Department of Taxation
PO Box 1115
Richmond, VA 23218-1115
Facsimile:  (804) 254-6111

GreenTech Automotive P'ship A-3, L.P.
21355 Ridgetop Circle
Suite 250
Sterling, VA 20166
Facsimile: (703) 666-9008
E-mail: Norman.Chirite@wmgta.com

Capital Wealth Holding Limited
c/o Newhaven Trustees (BVI)
PO Box 933 Road Town
Tortola, BVI VG 1110
*Contact information not found*

Elliot P. Fitzgerald, Esq.
Timothy Moore, Esq.
411 East Franklin St, Ste. 600
Richmond, VA 23219
E-mail:  efitzgerald@spottsfain.com
        tmoore@spottsfain.com

State of Mississippi
Office of the AG/Civil Lit.
PO Box 220
Jackson, MS 39205
Facsimile:  601 359-2003
E-mail:  jbobo@ago.state.ms.us

Tunica County, Missippi
c/o John Keith Perry Jr.
5699 Getwell Road Building G5
Southaven, MS 38672
Facsimile:  (662) 536-6869
E-mail:  jkp@perrygriffin.com

American Theme Park Funds
Management LLC
21355 Ridgetop Circle, Ste 250
Sterling, VA 20166-0000
Facsimile: (703) 666-9008

Jiangsu Saleen Auto. Tech Co.
Bldg 7&8 No. 299 Wenshui Rd
Jingan District
Shanghai PR CHINA
Facsimile: (888) 729-4827

Gulf Coast Funds Management, LLC
21355 Ridgetop Circle
Suite 250
Sterling, VA 20166
Facsimile: (703) 666-9008
E-mail: Norman.Chirite@wmgta.com

Norma Anderson
Tax Collector, Tunica Co.
PO Box 655
Tunica, MS 38676
E-mail:  Norma.Anderson@tunicagov.com

Quality Metalcraft Inc.
33355 Glendale Avenue
Livonia, MI 48150
Facsimile:  (734) 261-5180
E-mail:  sales@qualitymetalcraft.com

Futuris Auto Interiors
Unit 3807 38th Fl BM Bus Cntr
No. 100 Yutong Rd, Zhabei Dist
Shanghai PR CHINA
E-mail:  dyang@futurisgroup.com

Sheehan & Associates, PLC
1460 Walton Blvd.
Suite 102
Rochester, MI 48309
Facsimile:  (248) 650-5368
E-mail:  sheehanlawyers@aol.com

P7/Buchanan Pinkard Lakeside
PO Box 780052
Philadelphia, PA 19178
Facsimile:  703-406-4290
E-mail:  kate.root@cushwake.com

Jonathan D. Link
Gerard Fox Law P.C.
3050 K Street, N.W.
Washington, DC 20007
E-mail:  jlink@gerardfoxlaw.com

Virtual Integrated Analytics
Solutions Inc.
1400 Broadfield Blvd Ste 325
Houston, TX 77084
E-mail:  boscarzturk@viascorp.com
         support@viascorp.com

Swoosh Technologies & Solution
1422 Elbridge Payne Road
Suite 230
Chesterfield, MO 63017
Facsimile:  (636) 778-9188

Akerman LLP
IOLA Account
666 Fifth Street, 20th Floor
New York, NY 10103
E-mail:  Brian.miller@akerman.com
         Michael.mena@akerman.com

Honigman Miller Schwartz &Cohn
2290 First National Building
660 Woodard Avenue
Detroit, MI 48226
Facsimile:  (313) 465-7403
E-mail:  jlockhart@honigman.com

Global Steering Systems, LLC
PO Box 210
Watertown, CT 06795
Facsimile:  (860) 945-5405
E-mail:  sales@globalsteering.com

# UTILITIES SERVICE LIST

| | |
|---|---|
| Tunica County Utility District<br>987 Harris Street<br>Tunica, MS 38676<br>Facsimile: (662) 357-6889 | Brian L. Roberts<br>Chairman, President & CEO, Comcast Corporation<br>Comcast Corporation<br>One Comcast Center<br>1701 JFK Boulevard<br>Philadelphia, PA 19103<br>E-mail: brian_roberts@comcast.com |
| Entergy Mississippi, Inc.<br>Main Office<br>308 East Pearl Street<br>Jackson, MS 39201<br>Facsimile: (601) 630-3515 | Haley R. Fisackerly<br>Chairman, CEO & President of Entergy Mississippi, Inc.<br>Corporate Headquarters<br>639 Loyola Avenue<br>New Orleans, Louisiana 70133<br>E-mail: hfisack@entergy.com |
| Atmos Energy Corporation<br>Corporate Headquarters<br>PO Box 650205<br>Dallas, TX 75265-0205<br>Facsimile: (972) 855-3075 | Michael E. Haefner<br>President & CEO, Atmos Energy Corporation<br>Three Lincoln Centre<br>Dallas, TX 75240<br>E-mail: Michael.Hafner@atmosenergy.com |
| Nextiva, Inc.<br>8800 East Chaparral Rd<br>Suite 300<br>Scottsdale, AZ 85250<br>E-mail: vfax@nextiva.com | Tomas Gorny<br>Chairman & Chief Executive Officer, Nextiva, Inc.<br>8800 East Chaparral Road<br>Scottsdale, AZ 85250<br>E-mail: tgorny@nextiva.com |
| AT&T Inc.<br>Corporate Headquarters<br>208 South Akard Street<br>Dallas, TX 75202<br>Facsimile: (866) 653-4525 | Randall L. Stephenson<br>Chairman, President & CEO, AT&T Inc.<br>208 South Akard Street<br>Dallas, TX 75202<br>E-mail: Randall.Stephenson@att.com |
| AT&T Mobility LLC<br>1025 Lenox Park Boulevard NE<br>Atlanta, GA 30319<br>Facsimile: (866) 653-4525 | Peter A. Ritcher<br>Chief Financial Officer, AT&T Mobility LLC<br>1025 Lenox Park Boulevard Northeast<br>Atlanta, GA 30319<br>E-mail: Peter.Richter@att.com |

9514135.1  043227.00001