| **Information to identify the case:** | | |
|---|---|---|
| Debtor | **GreenTech Automotive, Inc.**<br>Name | EIN **27–0768826** |
| United States Bankruptcy Court **Eastern District of Virginia**<br>Case number: **18–10651–BFK** | | Date case filed for chapter **11   February 26, 2018** |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

12/17

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. Debtor's full name | GreenTech Automotive, Inc. | |
|---|---|---|
| 2. All other names used in the last 8 years | | |
| 3. Address | 21355 Ridgetop Circle<br>Suite 250<br>Sterling, VA 20166 | |
| 4. **Debtor's attorney**<br>Name and address | Kristen E. Burgers<br>Hirschler Fleischer<br>8270 Greensboro Drive<br>Suite 700<br>Tysons Corner, VA 22102 | Contact phone (703) 584–8364<br><br>Email: kburgers@hf–law.com |
| 5. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: March 1, 2018 |
| 6. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**115 South Union Street, Suite 208, Alexandria, VA 22314** |

**For more information, see page 2 >**

Official Form 309F (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case**                                                                page 1

Debtor  **GreenTech Automotive, Inc.**                                                        Case number **18–10651–BFK**

| | | |
|---|---|---|
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim: July 5, 2018**<br>For a governmental unit: **August 27, 2018**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If §523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint: June 4, 2018** |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge under 11 U.S.C. § 1141(d)(6)(A), you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |
| 12. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 13. | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

In re:  
GreenTech Automotive, Inc.

Social Security/Taxpayer ID Nos.:

27−0768826

Case Number: 18−10651−BFK  
Chapter 11

Debtor(s)

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTEREST

NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 3003−1 the deadline set by the court under Federal Rule of Bankruptcy Procedure 3003(c) for filing proofs of claim and interest is July 5, 2018 (the "Bar Date"). Claims not filed by the Bar Date with the clerk of this court will not be allowed and will be forever barred, with the following exceptions:

1. Governmental units shall have until August 27, 2018, to file proofs of claim.

2. Claims and interests listed on the debtor's schedules and **not** listed as disputed, contingent, or unliquidated. (Note: a creditor who desires to rely on the schedules of creditors has the responsibility for determining that the claim is listed accurately.)

3. Unsecured claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(3) which arise or become allowable as a result of a judgment if the judgment is for the recovery of money or property or avoids an interest in property shall be filed within 30 days after the judgment becomes final or the Bar Date set forth above, whichever is later.

4. Claims of the type specified in Federal Rule of Bankruptcy Procedure 3002(c)(4) arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after entry of the order approving such rejection or the Bar Date set forth above, whichever is later.

Dated:  March 1, 2018

Proof of Claim page for Chapter 11

**FOR THE COURT:**

William C. Redden  
Clerk of the Bankruptcy Court

```
                         United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                                      Case No. 18-10651-BFK
GreenTech Automotive, Inc.                                                  Chapter 11
         Debtor               CERTIFICATE OF NOTICE
District/off: 0422-9          User: glennj                 Page 1 of 5                  Date Rcvd: Mar 01, 2018
                              Form ID: 309F                Total Noticed: 216


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
db            +GreenTech Automotive, Inc.,    21355 Ridgetop Circle,    Suite 250,    Sterling, VA 20166-8517
14257194      +Action Pest Control, Inc.,     14950 Goodman Road,    Olive Branch, MS 38654-7656
14257195      +Akerman LLP,    IOLA Account,    666 Fifth Street, 20th Floor,    New York, NY 10103-0020
14257196      +American Immigration Center,     21355 Ridgetop Circle,    Suite 250,    Sterling, VA 20166-8517
14257197      +American Theme Park Funds,    Management LLC,    21355 Ridgetop Circle, Ste 250,
                Sterling, VA 20166-8517
14257198      +Anthony Rodham,    c/o Owen J. Shean, Akerman LLP,    750 Ninth St. NW, Suite 750,
                Washington, DC 20001-4589
14257200      +B.E.S.T.,    Best Life and Health Ins. Co.,    PO Box 19721,    Irvine, CA 92623-9721
14257201      +Baihui He,    2305 Alamo Heights Drive,    Diamond Bar, CA 91765-3202
14257202      +Batteries Plus,    6115 Stage Road,    Bartlett, TN 38134-8313
14257203      +Bing Han,    270 Park Avenue,    New York, NY 10017-2014
14257204      +Bixiang Tang,    100 N. Whisman Road,    Apt. 2924,    Mountain View, CA 94043-4921
14257214      +CPPA Membership,    300 Richards Street,    Suite 231,    Sacramento, CA 95811-0218
14257206      +Capitol Office Solutions, LLC,     PO Box 759499,    Baltimore, MD 21275-9499
14257347       Chaosong Ma,    No.1005 Unit 1, Bldg 8,    Shijicheng Yuandayuanwuqu Haidian,
                Beijing,PR CHINA 100000
14257396      +Chengwei Lu,    5324 Fishers Hill Way,    Haymarket, VA 20169-4523
14257394       Chunlei Guo,    RM.8-902, Changqingyuan North,,    Haidian District,
                Beijing City, PR CHINA 100000
14257208       Chunleigh Guo,    Rm 8-902, Changqingyuan North,    Haidan District,
                Beijing PR CHINA, 00000-0000
14257209      +Chunsheng Li,    3260 Winding Vista Common,    Fremont, CA 94539-8080
14257210      +Cogent Communications,    PO Box 791087,    Baltimore, MD 21279-1087
14257211      +Colonial Parking, Inc.,    PO Box 79241,    Baltimore, MD 21279-0241
14257212      +Comcast Business,    PO Box 21348,    Saint Paul, MN 55121-0348
14257213      +Core-Tech, Inc.,    2155 Hidden Lane,    Leonard, MI 48367-3226
14257215      +Datawatch Systems,    PO Box 7845,    Baltimore, MD 21221-0845
14257422       Dehong Zang,    2C, Unit 1, Bldg 44, Shangshuijing,,    Buji Town, Shenzhen City,
                Guangdong Province, PR CHINA
14257216      +Delta Dental of Virginia,    PO Box 758722,    Baltimore, MD 21275-8722
14257217       Dong Yang,    No 21-3 Bintaoyuan Binhai W Rd,    Xigang Dist., Dalian City,
                Liaoning Prv. PR CHINA, 00000-0000
14257397      +Donghomg Li,    5462 46th CT W,    Bradenton, FL 34210-6600
14257218      +Dongsheng Hu,    24 Easthaven,    Irvine, CA 92602-0105
14257219      +Elliot P. Fitzgerald,    411 East Franklin Street,    Suite 600,    Richmond, VA 23219-2200
14257220      +Entergy of Missippi,    PO Box 8105,    Baton Rouge, LA 70891-8105
14257221      +Equinix, Inc.,    4252 Solutions Center,    Chicago, IL 60677-4002
14257344       Fang Weng,    19-1-1203 Meiyuhuting,    Weijin South Road & Lijiangdao,
                Xiqing District, PR CHINA
14257222      +Fangfang Liao,    3164 Borge Street,    Oakton, VA 22124-2807
14257223       Futuris Auto Interiors,    Unit 3807 38th Fl BM Bus Cntr,    No. 100 Yutong Rd, Zhabei Dist,
                Shanghai PR CHINA
14257224       Gan Long,    1-2-1901Courtyard 15 Furong St,    Wangjing, Chaoyang Dist,
                Beijing PR CHINA, 00000-0000
14257389       Gang Dong,    1608 Bldg 327 Sct 3, Wangjing Xiyuan,    Chaoyang District,
                Beijing, PR CHINA 100000
14257371       Gezi Kong,    3201, Bldg C4, Tianchangyuan,    Hongjunying S. Rd Chaoyang D.,
                Beijing, PR CHINA 100000
14257225      +Global Steering Systems, LLC,     PO Box 210,    Watertown, CT 06795-0210
14257226      +GreenTech Auto. P'ship A-3 LP,     21355 Ridgetop Circle,    Suite 250,    Sterling, VA 20166-8517
14257227      +GreenTech Automotive,    Partnership A-3, L.P.,    21355 Ridgetop Circle, Ste 250,
                Sterling, VA 20166-8517
14257228      +GreenTech Automotive Capital,     A-3 GP, LLC,    21355 Ridgetop Circle, Ste 250,
                Sterling, VA 20166-8517
14257230      +Gulf Coast Funds Management,     21355 Ridgetop Circle,    Suite 250,    Sterling, VA 20166-8517
14257231      +Guosheng Zhang,    1620 West Jefferson Street,    Philadelphia, PA 19121-4239
14257232      +Hao Ling,    209 Ridgemont Lane,    Walnut, CA 91789-2040
14257416       Hao Zhang,    2-1-901, Guoxing Jiayuan,    No. 20, Shouti South Rd, Haidian,
                Beijing, PR CHINA 100000
14257233      +Hella, Inc.,    PO Box 5835,    Carol Stream, IL 60197-5835
14257390       Hongbo Ying,    Room 1006, No.32, Bldg 6, Lijiang Xindu,    Jiangdong Dst,Ningbo Cit,
                Zhejiang Prv, PR CHINA 315000
14257234      +Honigman Miller Schwartz&Cohen,     2290 First National Building,    660 Woodard Avenue,
                Detroit, MI 48226-3516
14257235      +Houqian Yu,    212 Edgehill Road,    Apt. 58,    Merion Station, PA 19066-1806
14257236       Hui Liang,    Rm 4-203, Bldg No. 207, 2d Blk,    Wang Jing Xi Yuan, Chao Yang D,
                Beijing PR CHINA, 00000-0000
14257387      +Hui Xu,    3117 White Peach Place,    Fairfax, VA 22031-1455
14257237      +Huibin Lu,    1124 Piemonte Drive,    Pleasanton, CA 94566-6486
14257238      +Huibin Zhao,    3190 East Plains Court,    Brea, CA 92821-6804
14257239      +Incorporate.com,    PO Box 13397,    Philadelphia, PA 19101-3397
14257240       JAC Motors,    No. 0-9-I, Yayunhaoting C Bldg,    No. 9 Xiaoying Rd Chaoyang Dis,
                Beijing PR CHINA
```

```
District/off: 0422-9          User: glennj             Page 2 of 5              Date Rcvd: Mar 01, 2018
                              Form ID: 309F            Total Noticed: 216


14257355          Jiabo Jiang,    9-1-6A Chunmengyuan,     Shijicheng Haidian District,
                   Beijing City,  PR CHINA 100000
14257241         +Jiahong Liu,    4010 Runnymeade Drive,     Collegeville, PA 19426-3252
14257242          Jian Liu,    1202 Unt 4 Bldg 2 BeijingZunfu,     No 9 Naoshikou St Xicheng Dist,
                   Beijing PR CHINA
14257243          Jian Liu,    1202 Unit 4 Bldg 2 Beijing Zun,     No 9 Naoshikou St Xicheng Dist,
                   Beijing PR CHINA, 00000-0000
14257244         +Jian Wu,    1411 S Diamond Bar Boulevard,     Diamond Bar, CA 91765-2548
14257245         +Jiande Fang,    976 Cole Place,     Santa Clara, CA 95054-4115
14257350          Jiang Sun,    No. 39 Nanguan St,     Jimo City, Shandong Province,     PR CHINA 266200
14257246          Jiangsu Saleen Auto. Tech Co.,     Bldg 7&8 No. 299 Wenshui Rd,     Jingan District,
                   Shanghai PR CHINA
14257410          Jianyu Zhang,    No.604,No.1 Bldg,No.19Yard,     West 3rd Ring N Road, Haidian Dst,
                   Beijing,PR CHINA 100000
14257247         +Jie Cui,    60 Jericho Road,     Weston, MA 02493-1220
14257405          Jie Lin,    F102, Cuidixuan, Vanke City,     Bantian, Longgang Dst, Shenzhen City,
                   Guangdong Prv PR CHINA 518000
14257248         +Jimmy Doyle, LLC,    3922 Baldwin Road,     Lake Cormorant, MS 38641-8214
14257409          Jin Shi,    C-11F, Huating Jiayuan, No.6.,     Middle Rd of N Fourth Ring, Haidan Dst,
                   Beijing, PR CHINA 100000
14257249         +Jin You,    177 107th Avenue NE #1011,     Apt. 58,    Bellevue, WA 98004-5929
14257250         +Jing Li,    36-24 215th Street, 1st Fl.,     Bayside, NY 11361-2126
14257408          Jing Li,    Room 501, Unit 1, Bldg 5, Heping Dst.,      Xirongxian Heping Social Comm.,
                   Beijing City, PR CHINA
14257251          Jing Shen,    Rm 1204 No. 7,     Lane 1188 Changning Road,     Shanghai PR CHINA, 00000-0000
14257348          Jing Wang,    Room 906, Unit 3, Bldg 3, Yard 10,,      Fangyuan Nanli, chaoyang District,
                   Beijing, PR CHINA 100020
14257252          Jing Xu,    1-2302 Bldg 24 Ningleli,     S Cangqiong Rd W, Nankai Dist,
                   Tianjin PR CHINA, 00000-0000
14257253          Jinhua Liu,    Rm 402 Unit 2 Bldg 3 No A3,      Haian Rd, Laoshan Dis, Qingdao,
                   Shandong Prv PR CHINA, 00000-0000
14257349          Jinying Zhang,    602, No.47, Qutangxia Rd, Shinan Dist,      Qingdao, Shandong,,
                   266002 PR CHINA 266071
14257254         +Jonathan D. Link,     Gerard Fox Law P.C.,     3050 K Street, N.W.,    Washington, DC 20007-5108
14257255         +Jun Huang,    41903 Corte Santa Barbara,     Fremont, CA 94539-4709
14257376          Jun Li,    No1303 Bldg 2 Yard1 Nanbinhe Rd,,      Guangqumen, Dongcheng District,
                   Beijing, PR CHINA 100000
14257359          Jun Li,    1605, Bldg 3, Yiyuan Ju, No.4,      Cuiwei Road, Haidian District,
                   Beijing PR CHINA 100000
14257256         +Junping Yao,    12436 Split Rein Drive,     Apt. 58,    Rancho Cucamonga, CA 91739-2414
14257257          Kui Le,    No. 502 Unit 1,     Taipingjiao 6 Road No. 9,     Qingdao Shandong CHINA, 00000-0000
14257258          Lan Liu,    Rm 1005 Twr 1 Chaoyang Shoufu,      No. 8 of Chaoyangmen, Nei Daji,
                   Beijing  P.R. CHINA 100010, 00000-0000
14257351          Le Zhang,    2-3-801, Minhang Garden Taifu Rd,      Zhengdong New Area, Zhengzhou City,,
                   Henan Prov. PR CHINA 450000
14257259          Lei Tao,    No. 3402 Flr 4 No 3 Bldg A2 Yd,      Huayuan Rd Haidian Dist,
                   Beijing PR CHINA, 00000-0000
14257260         #+Lei Yan,    195 Claremont Avenue,     Apt. 58,    New York, NY 10027-4052
14257262         +Li He,    2305 Alamo Heights Drive,     Diamond Bar, CA 91765-3202
14257263         +Li Li,    930 SW Gibbs Street,     Apt. 1,    Portland, OR 97239-7319
14257383          Liangguang Zou,    No.303 Unit 4, No.24 Bldg,Zhichunli,      Haidian District,
                   Beijing, PR CHINA 100000
14257421          Lijun Hao,    2-3-201 Qingfangyuan, Chengxibei Rd,      Changzhi City,
                   Shanxi Prv, PR CHINA 046000
14257381          Lijun Sheng,    Room 401, No. 29, Lane 579,      Xianxia Road,    Shanghai, 200336 PR CHINA
14257264          Like Ma,    1403 No. 6 Yifeng Isl.,     Xincheng Dist Hohhot,     Inner Mongolia CHINA, 00000-0000
14257265          Limei Jiang,    395 Rice Avenue,     Revere, MA 02151-0000
14257266         +Lin Lin,    454 Sayre Drive,     Princeton, NJ 08540-5847
14257400          Lin Ma,    No. 1601 Gate 3, Bldg W,     West Beixin St, Lubei Dst, Tangshan City,
                   Hebei Province, PR CHINA 063000
14257267          Lina Yan,    No. 2 Jia Huayan Bei Rd,     Haidan District,     Beijing PR CHINA, 00000-0000
14257268         +Ling Liu,    8943 Gaylord Drive,     Apt. 224,    Houston, TX 77024-2919
14257269          Ling Wan,    Rm 107 Unit 2 No. 951,     Bldg. Zhongguancun Haidian Dis,     Beijing PR CHINA
14257392          Linyan Peng,    L17 Dongfangjindian, Jingnansanlu Rd,      Jingkai District, Zhengzhou City,
                   Henan Province, PR CHINA 450000
14257373          Lixia Li,    1-6-170 No16 Zhongguancun E. Rd.,      Haidian District,
                   Beijing City, PR CHINA 100000
14257426          Lixin Cao,    Rm 3-1102, Bld No. 18, C. Blk 5,      Yangguang Shuncheng Comm.,,
                   Jinan Shandong 250002 CHINA
14257378          Liya Jiang,    Room 1102, No. 130, Lane 288,      Shuangyang N Rd,    Shanghai, 200433 CHINA
14257419          Lizheng Shi,    3209, Tower B, A 5,     Shuguangxili, Chaoyang Dst,     Beijing, PR CHINA 100020
14257379          Ma Jing,    608-4-901,Dongba Olympics Garden,      Chaoyang District,    Beijing P. R. CHINA 100000
14257403          Man Yang,    No.59 Jianghan Zhengmachang Rd.,      Wuhan City,    Hubei Prv CHINA 430000
14257270         +Managed Benefits, Inc.,     4900 Cox Road,     Suite 170,    Glen Allen, VA 23060-6507
14257417          Mei Chong,    Zaozhuangxiaoqu,Wenhua E Rd,      Zaozhuang City,    Shandong Prv PR CHINA 277000
14257271         +Meiming Shen,    904 N Marguerita Avenue,     Alhambra, CA 91801-1251
14257272          Meirong Chen,    No 1 St.,  Taiyanggong,      Chauyong District,    Beijing PR CHINA, 00000-0000
14257273         +Memphis Clean,    548 Monteigne Blvd.,     Memphis, TN 38103-4743
14257354          Ming Wei,    No. 15, Lane 599, South Laiting Rd,      Songjiang Dist, Shanghai, 201615,
                   P. R. CHINA 201600
```

```
District/off: 0422-9           User: glennj                 Page 3 of 5                   Date Rcvd: Mar 01, 2018
                               Form ID: 309F                Total Noticed: 216


14257363           Na Li,   6-1-503 No 88, Dongsihuanbeilu Rd,   Chaoyang District,    Beijiing, PR CHINA 100000
14257275           Nian Chen,   1-1212, Wanquanshuijun,    Wanquanhe Rd, Qionghai City,,
                    Hainan Province CHINA, 00000-0000
14257276          +Nianqing Zhang,   345 Harrison Street,   Apt. 58,    Paramus, NJ 07652-4603
14257361           Ning Jin,   6-17B, Yude Jiayuan, Houhai Ave.,    Shenzhen City, Guangdong Province,
                    PR CHINA 518000
14257277           Ning Wang,   F/5 Traning Ctr, Fangnan PO,    2nd Ring W Rd Xuzhou City,
                    Jiangsu Prov CHINA, 00000-0000
14257278          +Norma Anderson,   Tax Collector, Tunica Co.,    PO Box 655,    Tunica, MS 38676-0655
14257279          +Oakley Industries,   35224 Automation Drive,    Clinton Township, MI 48035-3114
14257280          +Occupational Health Center,   PO Box 9005,    Addison, TX 75001-9005
14257281          +Office Furniture Factory,   1330 Sycamore View Road,    Memphis, TN 38134-7649
14257282          +P7/Buchanan Pinkard Lakeside,   PO Box 780052,    Philadelphia, PA 19178-0052
14257283          +Plastech Holding Corp.,   835 Mason Street,    Suite 100,    Dearborn, MI 48124-2231
14257284          +Qingli Cheng,   3511 NE 44th Street,   Apt. 11,    Seattle, WA 98105-5634
14257399           Qingyu Li,   4-501 No17 Beicangpo Beimen St,    Kunming City,    Yunnan Prv PR CHINA 650000
14257285          +Quality Metalcraft Inc.,   33355 Glendale Avenue,    Livonia, MI 48150-1615
14257412           Quihong Feng,   No.502, Bldg 58, Jingjie Comm.,    Yizhuang Econ Dev Zone,
                    Beijing, PR CHINA 100000
14257287          +RSM US LLP,   5155 Paysphere Circle,   Chicago, IL 60674-0051
14257286          +Robert Grater,   7216 James I Harris Mem. Dr.,    Frederick, MD 21702-3630
14257289          +Rui Wang,   24 Middle Neck Road,   Apt. 2D,    Roslyn, NY 11576-1341
14257288          +Rui Wang,   1 Hope,   Irvine, CA 92612-3267
14257290          +Shawn J. Rabin,   Susman Godfrey LLP,    560 Lexington Ave, 15th Floor,
                    New York, NY 10022-6828
14257291          +Sheehan & Associates, PLC,   1460 Walton Blvd.,    Suite 102,    Rochester, MI 48309-1779
14257292           Shengbo Zhang,   No. 2346 Yantanlu Rd, Lanzhou,    Ganso Province,    730000 PR CHINA, 00000-0000
14257293          +Shie Xiong,   1150 S. Clarizz Boulevard,   Apt. 342,    Bloomington, IN 47401-4298
14257294          +Standard Insurance Company,   PO Box 5676,    Portland, OR 97228-5676
14257295          +State of Mississippi,   Office of the AG/Civil Lit.,    PO Box 220,    Jackson, MS 39205-0220
14257296          +Swoosh Technologies & Solution,   1422 Elbridge Payne Road,    Suite 230,
                    Chesterfield, MO 63017-8521
14257297           Tao Cui,   No. 2202, Unit 1, No. 9,    Jingde Garden, Nankai Dist.,
                    Tianjin City PR CHINA, 00000-0000
14257386           Tao Liang,   3-801 Huaqing Jiayuan,    Haidian District,    Beijing 100083, PR CHINA
14257298          +Terence R. McAuliffe,   c/o Amanda Callais PerkinsCoie,    700 13th St, NW, Suite 600,
                    Washington, DC 20005-5998
14257299          #+Tianyang Geng,   5591 Bowland Place North,    Apt. 343,    Dublin, OH 43016-2507
14257384           Tingye Sun,   5-603, Xichengnianhua,   388 Shenhua Road, Hangzhou,    Zhejiang, PR CHINA 310000
14257300          +Tunica Chamber of Commerce,   1301 Main Street,    PO Box 1888,    Tunica, MS 38676-1888
14257301          +Tunica County, Missipri,   co/John Keith Perry Jr.,    5699 Getwell Road Building G5,
                    Southaven, MS 38672-7303
14257302          +Virtual Integrated Analytics,   Solutions Inc.,    1400 Broadfield Blvd Ste 325,
                    Houston, TX 77084-5133
14257303          +Vision Service Plan,   PO Box 742430,   Los Angeles, CA 90074-2430
14257309          +WM Industries Corp.,   21355 Ridgetop Circle,    Suite 250,    Sterling, VA 20166-8517
14257304           Wang Zhang,   26th Pathway,    Irvine, CA 92618-0000
14257305           Wei Zeng,   No. 170 Lane,   1983 Huamu Road,    Shanghai PR CHINA, 00000-0000
14257306          +Weihua Zhang,   850 Terrace Lane East,    Diamond Bar, CA 91765-4557
14257365           Weiming Fang,   Room 1203, No. 7, Lane 168,,    Nandan East Road,    Shanghai 200030, P. R. CHINA
14257360           Weiying Cui,   2-2-401 Shanshuihuafu Jinxiux.,    Panyu, Guangzhou,    PR CHINA 511400
14257307           Wen Yang,   Rm 402 Bldg 4 No. 6 Hailong Rd,    Laoshan Dist Qinqdao City,
                    Shandong Prv. CHINA, 00000-0000
14257393           Wen Yang,   Room 402, Bldg 4, No.6, Hailong Rd,    Laoshan District, Qingdao City,
                    Shandong Prv, PR CHINA 266100
14257308           Wenjie Wang,   Rm 1401 Unit 1 Anju Dasha,    Suichang County Zhejiang Prov.,
                    PR CHINA, 00000-0000
14257310          +Xerox,   PO Box 202882,   Dallas, TX 75320-2882
14257311          +Xia Bi,   1317 Monarch Reach,   Chesapeake, VA 23320-6466
14257312           Xiahong Yang,   Rm 908 Yunfegge,    Wanke City Garden, Shunyi Dist,    Beijing PR CHINA
14257313          +Xianhai Liu,   47-05 Center Boulevard,   Apt. 3013,    Long Island City, NY 11109-5707
14257353           Xiaojuan Du,   5-1-201 Renheng Haihe Square,    Nankai District, Tianjin City,   PR CHINA 300000
14257314          +Xiaolin Wang,   11301 Kellie Jean Court,   Great Falls, VA 22066-1376
14257315          +Xiaonan Tang,   5621 Westlawn,   Apt. 2924,    Waco, TX 76710-1567
14257316           Xiaoning Zhao,   No 606 Unit 7No 1 Bldg,    Shuiduizi Beili, Chaoyang Dist,
                    Beijing PR CHINA, 00000-0000
14257372           Xiaoxiao Jiang,   Room 1704, Bldg 11, Huateng Comm.,    No.54 Dongsanhuannan Rd, Chaoyang D,
                    Beijing, PR CHINA 100020
14257317          +Xiaoyan Liu,   7350 North Cedar Avenue,   Fresno, CA 93720-2764
14257391           Xiaoyan Wu,   36-102 Zhongyang Lingshiguan,    Wojiagongfang, Xilvdi,Xinhua St.,
                    Hebei Prv, PR CHINA 065400
14257407           Xin Mu,   Room 1102, Unit 2, Bldg 3,    Zhonghaifenglian Shanzhuang Xibeiwang,
                    Beijing, PR CHINA 100000
14257318           Xin Mu,   Rm 1102, Unit 2 Bldg 3,    ZSX Township, Haidan District,    PR CHINA, 00000-0000
14257369           Xin Wang,   No.5 Xinhua Alley,   Xicheng District,    Beijing, PR CHINA 100000
14257319           Xin Yang,   No. 401 Unit 2 Bldng 56,    Balizhuang Xili Chaoyang Dist.,    Beijing PR CHINA
14257356           Xinmin Bian,   No.7, Block B, Yinhu Garden,    Xingqing District, Yinchuan City,
                    Ningxia Prov, PR CHINA 750000
14257320           Xinmin Li,   2105 Bldg 13 Yard 54,    Dongsanhuan Nanlu Chaoyang Dis,
                    Beijing PR CHINA, 00000-0000
```

```
District/off: 0422-9          User: glennj               Page 4 of 5                  Date Rcvd: Mar 01, 2018
                              Form ID: 309F              Total Noticed: 216


14257375       Xudong Chai,    59-2-102, Tiantongyuan Bei 3 Qu,    Changping District,
                 Beijing City, P. R. CHINA 100000
14257357       Xuejun Zhao,    Room 601, No.7, Lane 883,    Daning Road,    Shanghai 200072 PR.CHINA
14257345       Xuemei Qi,    10-1701 Daoxidi Xiaoqu,    Xiaochengdu,    Tianjin 300203 CHINA
14257321      +Xuemei Zhang,    240 Highland Gate Circle,    Apt. 58,    Suwanee, GA 30024-1795
14257322      +Yahong Wang,    Jianrong Baer,    114 Gold Thorn Way,    Sterling, VA 20164-2814
14257323       Yali Fan,    801 Unit 2 C-23 Zhuxin Zhuang,    Huilongguan, Chaoyang Dist.,
                 Beijing PR CHINA, 00000-0000
14257377       Yan Li,    8-1-1402, Jinzhengdijingcheng,    Gongnong Rd Qiaoxi Dt Shijiazhuang Cty,
                 Hebei Prv, PR CHINA 050000
14257324      +Yan Zhao,    20 Chapel Street,    Unit B607,    Brookline, MA 02446-7420
14257364       Yang Zhang,    1005,Unit3,No 8 Chaoyangmennei St,    Dongcheng District,
                 Beijing, PR CHINA 100000
14257424       Yangdong Wang,    1101-4-8 Shenghuali Community,    Tiancun Rd, Haidian District,
                 Beijing, CHINA  100049
14257325      +Yifei Zhang,    4913 134th Place SE,    Bellevue, WA 98006-3434
14257326      +Ying Chen,    1041 Otis Drive,    Alameda, CA 94501-5662
14257327      +Ying Cheng,    12633 SE 7th Place,    Bellevue, WA 98005-3513
14257362       Ying Huang,    Room 1201, No.78, Hui Jing Bei Rd,    Tian He District, Guangzhou City,
                 Guangdong Prv, PR CHINA 510000
14257328       Ying Li,    12-2-6, 5 District Shijicheng,    Yuanda Road, Haidan District,
                 Beijing PR CHINA, 00000-0000
14257398       Ying Lin,    2-241, Bldg 8, Guanghuaxi Li,    Chaoyang District,    Beijing, 100020, PR CHINA
14257329      +Yingsho Lu,    248 Amber Ridge Lane,    Walnut, CA 91789-2055
14257380       Yiwen Yang,    6-204 Wanliu Yangchun Guanghua,    Jiayuan, Haidian District,
                 Beijing, PR CHINA 100000
14257330      +Yuanyuan Chen,    2020 Channing Way,    Apt. 11,    Berkeley, CA 94704-1988
14257331       Yue Dong,    Rm 402 Unit A Guanhuguoji,    Qiqha'er City Heilongjiang Pr.,
                 161000 PR CHINA, 00000-0000
14257374       Yue Tian,    Room 604, Unit 1, Bldg 7, Jiexin Garden,    No.7 Fengcheng Road,
                 Xian City, PR CHINA 710000
14257332      +Yue Wang,    9334 Longstone Lane,    Charlotte, NC 28277-5673
14257367       Yun Ma,    No.904, Bldg 301 Section III,    angjing Xiyuan, Chaoyang District,
                 Beijing City, PR CHINA 100000
14257333       Yunhai Zhang,    No 1501 Unit 3 Bldg 11,    Yifendushi Sq Dalian City,
                 Liaoning Prov. PR CHINA, 00000-0000
14257334      +Yunping Tan,    38 Golf View Drive,    Dove Canyon, CA 92679-3802
14257406       Yunqian Al,    Room 101, Unit 1, Bldg 28,    Lixiang Xiaozhen, Kunming City,
                 Yunnan Prv, PR CHINA 650000
14257335      +Yunxia Shao,    2819 Mustang Drive,    Herndon, VA 20171-3533
14257336       Yuqing Dai,    Rm 502 Unit 1 Flr 4 No 1 Bldg,    No 38 Yard Nanwei Rd Xuanwu D.,
                 Beijing PR CHINA, 00000-0000
14257401       Yuying Shou,    Room 1807, No.5, Lane 99,    Zhongtan Road,    Shanghai, 200063, PR CHINA
14257337      +Zhen Yu,    59 Thoroughbred,    Apt. 58,    Irvine, CA 92602-1829
14257338      +Zheng Qin,    18351 Colima Road,    Apt. 555,    Rowland Heights, CA 91748-2791
14257339      +Zhenjun Zhang,    14726 Ramona Avenue #410-E9,    Chino, CA 91710-5730
14257340       Zhiqiang Cai,    C2-05 Xiangbin Huayuan Comm,    Shengfang Town Bhazou City,
                 Hebei Prov. PR CHINA
14257404      +Zhitao Yu,    1150 Clarizz Blvd., 247C,    Bloomington, IN 47401-4270
14257341      +Zhiwei Wang,    3426 Monticello Boulevard,    Cleveland, OH 44121-1530
14257342      +Zhonghui Li,    15625 NE 113th Court,    Redmond, WA 98052-2619
14257411       Zhongqui Gong,    Room 16B, No. 6, Yangqing Bldg,    Yucheng St, Yuhuan Co, Zhejiang Prvn,,
                 PR CHINA  317600
14257343      +Zhuoni Han,    26245 SE 42nd Street,    Issaquah, WA 98029-7872
14257370       Zijun Wang,    2-2-2 Bldg 8 No.53 Huanhuabinhe Rd,    Qingyang District, Chengdu City,
                 Sichuan Province, PR CHINA 610000
14257352       Ziyin Zhang,    Rm 2106 Bldg 9 Cangjiadao Lane,    Dongcheng District,    Beijing  PR CHINA 100000
14257388       Zongang Wang,    Room 5-1-1002, Tianbaoyuan Sili,    Yizhuang ETDA 100176,    Beijing PR CHINA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: kburgers@hf-law.com Mar 02 2018 03:34:51      Kristen E. Burgers,
                 Hirschler Fleischer,    8270 Greensboro Drive,    Suite 700,    Tysons Corner, VA  22102
14257199       +EDI: CINGMIDLAND.COM Mar 02 2018 08:18:00      AT&T Mobility,    P.O. Box 6463,
                 Carol Stream, IL 60197-6463
14257261       +E-mail/Text: arlegal@lerner.com Mar 02 2018 03:35:56      Lerner/TYD,    2000 Tower Oaks Blvd.,
                 8th Floor,    Rockville, MD 20852-4284
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14257205       Capital Wealth Holding Limited,    c/o Newhaven Trustees (BVI),    PO Box 933 Road Town,
                 Tortola, BVI VG 1110
14257395       Gongde Hu,    No.2, Floor 1, Unit 3, Bldg 12, Chongdef,    Yanta District, Xi'an City,
                 Shaanxi Prv, PRCHINA 710000
14257346       Heng Li,    B-2-101 Huanahaoyuan, No16,    Second Ave., Dev. Zone,    Tianjin, PRC 300000
14257402       Huifen Jiang,    10-4-301, Aiminli,    Tanggu District,    Tianjin, PR CHINA 300450
14257414       Jing Shen,    Room 1204, No.7, Lane 1188,    Changning Road,    Shanghai, PR CHINA 200000
14257385       Juan Chen,    7A-802, Qingzhiyuan,    Xichang District,    Beijing, PRC 100000
14257382       Pin Sun,    Rm 301, No.2 Lane 400,    Miaopu Road,    Shanghai, PR CHINA 200000
14257420       Shitong Xu,    3-2-602 Huimingyuan Anshan St,    Heping District,    Tianjin PR CHINA 300000
```

```
District/off: 0422-9           User: glennj                Page 5 of 5                  Date Rcvd: Mar 01, 2018
                               Form ID: 309F               Total Noticed: 216


             ***** BYPASSED RECIPIENTS (continued) *****
14257418         Tianqun Gao,    2302 Bldg 17 Citic Mangrove Garden,    Shahe, Nanshan Dst, Shenzhen City,
                  Guangdong, PR CHINA 518000
14257368         Wen Chen,   No 130 Yipinmancheng Ln,    568 Puxing Road,    Shanghai, PR CHINA 200000
14257415         Xiaohua He,    Rm 401 No.72 Zhongwang,    Garden, Fengxian District,    Shanghai, PR CHINA 200000
14257358         Xiaolu Li,    5-1608 Yiyuanju Cuiwei Rd,    Haidian District,    Beijing, PRC 100000
14257366         Yimin He,   No.10,Lane 81,Xingeng Road,    Shanghai, PR CHINA 200000
14257413         Ying Zhang,    No.337 Lane 1888, Sichen Rd,    Songjiang District,    Shanghai, PR CHINA 200000
14257425         Yingying Su,    No.2092 Lake Leman Villa,    Houshayu Co, Shunyi Dst,    Beijing, PR CHINA 100000
14257229*       +GreenTech Automotive Corp.,    21355 Ridgetop Circle,    Suite 250,    Sterling, VA 20166-8517
14257207       ##+Chun Wang,    57 Williow Springs Court,    Apt. 202,   Goleta, CA 93117-5485
14257274       ##+Mid-South Container Sales/Rent,    3340 Shea Road,    Collierville, TN 38017-9726
14257423       ##+Xianzhe Wang,    51-42 Codwise Place,    Elmhurst, New York 11373-4149
                                                                                               TOTALS: 15, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Kristen E. Burgers    on behalf of Debtor   Gulf Coast Funds Management, LLC kburgers@hf-law.com,
               ndysart@hf-law.com
              Kristen E. Burgers    on behalf of Debtor   GreenTech Automotive, Inc. kburgers@hf-law.com,
               ndysart@hf-law.com
              Kristen E. Burgers    on behalf of Debtor   American Immigration Center, LLC kburgers@hf-law.com,
               ndysart@hf-law.com
              Kristen E. Burgers    on behalf of Debtor   GreenTech Automotive Capital A-3 GP, LLC
               kburgers@hf-law.com,   ndysart@hf-law.com
              Kristen E. Burgers    on behalf of Debtor   WM Industries Corp. kburgers@hf-law.com,
               ndysart@hf-law.com
              Kristen E. Burgers    on behalf of Debtor   GreenTech Automotive Partnership A-3, L.P.
               kburgers@hf-law.com,   ndysart@hf-law.com
                                                                                               TOTAL: 7
```