**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
_____Alexandria_____ Division

In re   GreenTech Automotive, Inc.

                                                    Case No.   18-10651-BFK
                Debtor(s)

                                                    Chapter    11

# ORDER OF DESIGNATION

     An order for relief under Title 11 U.S.C., Chapter _11_ having been entered on the petition filed in this case on __February 26, 2018__; it is, therefore

     **ORDERED** that _Norman Chirite, Authorized Rep._ is designated by the Court to perform the duties imposed upon the debtor by the Bankruptcy Code. This designation shall remain in effect during the entire pendency of this case until altered by order of this Court; and it is further

     **ORDERED** that the Clerk mail a copy of this order to the designee, the attorney for the debtor, the trustee, and the United States Trustee.

Date:  Mar 1 2018                          /s/ Brian F. Kenney
                                           United States Bankruptcy Judge


                                           NOTICE OF JUDGMENT OR ORDER
                                           ENTERED ON DOCKET
                                            March 5, 2017

[ver. 12/03]