UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: | ) Case No. 18-10651-BFK |
|  | ) |
| GREENTECH AUTOMOTIVE, INC., | ) Chapter 11 |
|  | ) (Jointly Administered) |
| Debtor. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010(b), Sands Anderson PC ("**Sands Anderson**"), hereby appears in the above-captioned case as counsel to Xia Bi, Nian Chen, Yuanyuan Chen, Qingli Cheng, Ying Cheng, Dongsheng Hu, Jun Huang, Kui Le, Chunsheng Li, Zhonghui Li, Lin Lin, Lan Liu, Ling Liu, Zheng Qin, Meiming Shen, Yunping Tan, Bixiang Tang, Xiaonan Tang, Chun Wang, Rui Wang, Yahong Wang, Yue Wang, Jian Wu, Lei Yan, Junping Yao, Jin You, Zhen Yu, Houqian Yu, Nianqing Zhang, Xuemei Zhang, Huibin Zhao, and Yan Zhao, and pursuant to 11 U.S.C. §§ 102(1) and 342, and Bankruptcy Rules 2002 and 9007, requests that they be placed on all mailing matrixes, and further requests that all notices, given or required to be given, all pleadings, papers and other documentation served or required to be served herein be given to and served as follows:

> George R. Pitts  (Bar No. 24978)
> SANDS ANDERSON PC
> 1497 Chain Bridge Road
> Suite 202
> McLean, VA 22101
> (703) 893-3600 telephone
> (703) 893-8484 facsimile
> gpitts@sandsanderson.com

Any applicable disclosures under Rule 2019, Federal Rules of Bankruptcy Procedure will be filed under separate cover.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice nor any later appearance, pleading, claim or suit shall constitute a consent to or waiver of (i) Xia Bi, Nian Chen, Yuanyuan Chen, Qingli Cheng, Ying Cheng, Dongsheng Hu, Jun Huang, Kui Le, Chunsheng Li, Zhonghui Li, Lin Lin, Lan Liu, Ling Liu, Zheng Qin, Meiming Shen, Yunping Tan, Bixiang Tang, Xiaonan Tang, Chun Wang, Rui Wang, Yahong Wang, Yue Wang, Jian Wu, Lei Yan, Junping Yao, Jin You, Zhen Yu, Houqian Yu, Nianqing Zhang, Xuemei Zhang, Huibin Zhao, and Yan Zhao's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) their right to trial by jury in any proceeding so triable in this Chapter 11 case or any case, controversy, or proceeding related to this Chapter 11 case; (iii) their right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any and all rights, claims, actions, defenses, setoffs, recoupments or other matters to which they may be entitled by law, equity or agreement and such right. All of those rights are expressly reserved without exception and without the purpose of confessing or conceding jurisdiction by this filing or by any other participation herein.

DATE: March 12, 2018

SANDS ANDERSON PC

By: /s/George R. Pitts
George R Pitts, (#24978)
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
Telephone: (703) 893-3600
Facsimile: (703) 893-8484
gpitts@sandsanderson.com

*Counsel for Xia Bi, Nian Chen, Yuanyuan Chen, Qingli Cheng, Ying Cheng, Dongsheng Hu, Jun Huang, Kui Le, Chunsheng Li, Zhonghui Li, Lin Lin, Lan Liu, Ling Liu, Zheng Qin, Meiming Shen, Yunping Tan, Bixiang Tang, Xiaonan Tang, Chun Wang, Rui Wang, Yahong Wang, Yue Wang, Jian Wu, Lei Yan, Junping Yao, Jin You, Zhen Yu, Houqian Yu, Nianqing Zhang, Xuemei Zhang, Huibin Zhao, and Yan Zhao*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2018, a true copy of the foregoing *Notice of Appearance and Request for Notice* was filed with the Clerk of the Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all creditors and parties in interest, including the following:

John P. Fitzgerald, III
*Trustee*

Kristen E. Burgers
*Attorney for Debtor*

/s/George R. Pitts
George R. Pitts, VSB #24978
SANDS ANDERSON PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
(703) 893-3636 telephone
(703) 893-8484 facsimile
gpitts@sandsanderson.com

*Counsel for Xia Bi, Nian Chen, Yuanyuan Chen, Qingli Cheng, Ying Cheng, Dongsheng Hu, Jun Huang, Kui Le, Chunsheng Li, Zhonghui Li, Lin Lin, Lan Liu, Ling Liu, Zheng Qin, Meiming Shen, Yunping Tan, Bixiang Tang, Xiaonan Tang, Chun Wang, Rui Wang, Yahong Wang, Yue Wang, Jian Wu, Lei Yan, Junping Yao, Jin You, Zhen Yu, Houqian Yu, Nianqing Zhang, Xuemei Zhang, Huibin Zhao, and Yan Zhao*