IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |
|---|---|
| _____ ) | |
| IN RE: ) | CASE NO. 18-10651-BFK |
| ) | |
| GREENTECH AUTOMOTIVE, ) | Chapter 11 |
| INC. ) | |
| ) | |
|     Debtor ) | |
| _____) | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

    PLEASE TAKE NOTICE THAT Creditor Chain Bridge Bank, N.A., appears herein, by counsel, and requests, pursuant to Bankruptcy Rules 2002 and 9007, and Sections 102(1), 342 and 1109 (b) of the Bankruptcy Code, that all notices given or required to be given in this case, be given to and served or required to be served in this case, be given to and served upon the undersigned at the following office address and telephone number:

John B. Connor VSB #16801
John B. Connor, P.L.C.
1033 North Fairfax Street
Suite 310
Alexandria, VA 22314
Telephone: 703/836-9770
Facsimile: 703/836-1799
E-Mail: jack@johnbconnor.com

---

John B. Connor, VSB 16801
John B. Connor, P.L.C.
1033 North Fairfax Street, Suite 310
Alexandria, VA 22314
Telephone: 703/836-9770
Facsimile: 703/836-1799
E-Mail: jack@johnbconnor.com
Counsel for Chain Bridge Bank, N.A.

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which may affect or seek to affect in any way any rights or interests of Chain Bridge Bank, N.A. with respect to any property or proceeds in which the Debtor may claim an interest.

                    CHAIN BRIDGE BANK, N.A.
                    By Counsel

Dated: March 26, 2018

/s/ John B. Connor
John B. Connor, VSB #16801
John B. Connor, P.L.C.
1033 North Fairfax Street
Suite 310
Alexandria, VA 22314
Telephone: 703/836-9770
Facsimile: 703/836-1799
E-Mail: jack@johnbconnor.com
Counsel for Chain Bridge Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Appearance and Request for Service of Papers was sent postage prepaid first-class mail this 26th day of March 2018 to:

GreenTech Automotive, Inc.
21355 Ridgetop Circle
Suite 250
Sterling, VA 20166
(Debtor)

Kristen E. Burgers
Hirschler Fleischer
8270 Greensboro Drive
Suite 700
Tysons Corner, VA 22102
(Counsel for Debtor)

Norman Chirite
21355 Ridgetop Circle
Suite 250
Sterling, VA 20166
(Debtor Designee)

John P. Fitzgerald III
Office of the U.S. Trustee –
Region 4
115 South Union Street
Room 210
Alexandria, VA 22314

Joseph A. Guzinski
Office of the U.S. Trustee
115 South Union Street
Room 210
Alexandria, VA 22314
(Counsel for Chapter 11 Trustee)

Robert H. Chappell III
Timothy G. Moore
Jennifer J. West
James K. Donaldson
Spotts Fain PC
411 East Franklin Street
Suite 600
Richmond, VA 23219
(Counsel for Jing Shen, Wen Yang,
Wenjie Wang, Xiaoning Zhao,
Chunlei Guo, Like Ma, Xin Mu,
Gan Long, Jian Liu, Ling Wan,
Xiaohong Yang and Xin Yang)

John Lucian
One Logan Square
130 N. 18th Street
Philadelphia, PA 19103
(Counsel for the EB-5 Group)

George R. Pitts
Sands Anderson PC
1497 Chain Bridge Road
Suite 202
McLean, VA 22101
(Counsel for Xia Bi, Nian Chen, Yuanyuan Chen, Qingli Cheng, Ying Cheng, Dongshen Hu, Jun Huang, Kui Le, Chunsheng Li, Zhonghui Li, Lin Lin, Lan Liu, Ling Liu, Zheng Qin, Meiming Shen, Yunping Tan, Bixiang Tang, Xiaonan Tang, Chun Wang, Rui Wang, Yahong Wang, Yue Wang, Jian Wu, Lei Yan, Junping Yao, Jin You, Zhen Yu, Houqian Yu, Nianqing Zhang, Xuemel Zhang, Huibin Zhao and Yan Zhao)

Belkys Escobar
Steven F. Jackson
Assistant County Attorneys
One Harrison Street, SE
5th Floor
P. O. Box 7000
Leesburg, VA 20177-7000

/s/ John B. Connor
John B. Connor