**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GREENTECH AUTOMOTIVE, INC., *et al.*, ) | Case No. 18-10651-BFK |
| ) | Jointly Administered |
| Debtors. ) | |

**ORDER GRANTING MOTION TO CONTINUE CONFIRMATION HEARING AND CERTAIN RELATED DATES AND DEADLINES**

This matter is before the Court on the Debtors' Motion to Continue Plan Confirmation Hearing and Certain Related Dates and Deadlines. Docket No. 414. The Court finds that there is good cause to continue the confirmation hearing on the Debtors' Chapter 11 Plan.

It is therefore **ORDERED**:

1. The Debtors' Motion to Continue Plan Confirmation Hearing and Certain Related Dates and Deadlines (Docket No. 414) is granted.

2. The hearing on the Debtors' confirmation of its Chapter 11 Plan is continued from December 21, 2018 at 11:00 a.m. to January 16, 2019 at 1:30 p.m.

3. The deadline for Golden Resources, the prospective purchaser of substantially all of the Debtors' assets, to post its $5,000,000.00 (five million) deposit is extended up to and including January 9, 2019.

4. The deadline to submit Plan ballots for those that have not already voted is extended to January 10, 2019 at 5:00 p.m. EST.

5. The auction for the Debtors' assets, if any, is rescheduled to January 11, 2019 at 1:30 p.m. EST at the Offices of Hirschler Fleischer, 8270 Greensboro Drive, Suite 700, Tysons, Virginia, 22102.

1

6. The deadline for the Debtors to file a summary of ballots is extended to January 11, 2019.

7. The deadline to file objections to the Plan or the Plan Supplement is extended to January 14, 2019 at 5:00 p.m. EST.

8. The hearing on the Debtors' Objection to Claim #47 filed by Jing Shen, et al. (Docket No. 398) is continued from December 21, 2018 at 11:00 a.m. to January 16, 2019 at 1:30 p.m.

9. The hearing on the Motion to Estimate Claim (Docket No. 413) filed by Jing Shen, et al. is continued from December 21, 2018 at 11:00 a.m. to January 16, 2019 at 1:30 p.m.

10. The hearing on the Motion to Dismiss Chapter 11 Cases (Docket No. 58) filed by the Bi Claimants is continued from December 21, 2018 at 11:00 a.m. to January 16, 2019 at 1:30 p.m.

11. The hearings on the Second Application for Compensation for Hirschler Fleischer (Docket No. 388) and the Second Application for Compensation for Crowell & Morning LLP (Docket No. 390) are continued from December 21, 2018 at 11:00 a.m. to January 16, 2019 at 1:30 p.m.

12. The Clerk will mail copies of this Order, or will provide cm-ecf notice of its entry, to the parties below.

Date: Dec 19 2018

Alexandria, Virginia

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: Dec 19 2018

2

Copies to:

GreenTech Automotive, Inc., et al.
Norman Chirite, Debtor-Designee
21355 Ridgetop Circle
Suite 250
Sterling, VA 20166
*Chapter 11 Debtors-in-Possession*

Kristen E. Burgers, Esquire
8270 Greensboro Circle
Suite 700
Tysons Corner, VA 22102
*Local Counsel for Debtors*

Mark S. Lichtenstein, Esquire
590 Madison Avenue, 20th Floor
New York, NY 10022
*Co-Counsel for Debtors*

George R. Pitts, Esquire
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
*Counsel for Bi Claimants*

Robert M. Marino, Esquire
510 King St., Suite 301
Alexandria, VA 22314
*Local Counsel for Plastech Holding Corp.*

Christopher J. Giaimo, Esquire
Clark Hill PLC
1001 Pennsylvania Ave, NW
Suite 1300 South
Washington, DC 20004
*Counsel for the Ad Hoc Committee of GreenTech Investors*

James T. Dawson, Esquire
1099 New York Avenue, NW
Washington, DC 20002
*Co-Counsel for Plastech Holding Corp.*

Robert H. Chappell, III, Esquire
411 East Franklin Street, Suite 600
Richmond, VA 23219
*Counsel for Jing Shen, Wen Yan, Wenjie Wang, Xiaoning Zhao, Chunlei Guo, Like Ma, Xin Mu, Gan Long, Jian Liu, Ling Wan, Xiaohong Yang and Xin Yang*

Joseph A. Guzinski, Esquire
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
*Counsel for the U.S. Trustee*

Miriam W. Tadros, Esquire
1900 Gallows Road, Suite 700
Tysons Corner, VA 22182
*Counsel for Rees Broome, PC*