**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GreenTech Automotive, Inc., <u>et al.</u>[1] ) | Case No. 18-10651 |
| ) | Jointly Administered |
| Debtor. ) | |

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)**
**FURTHER EXTENDING THE DEBTORS' EXCLUSIVE PERIOD**
**TO SOLICIT ACCEPTANCES TO THEIR CHAPTER 11 PLAN**

Upon consideration of the Third Motion for Entry of an Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Debtors' Exclusive Period to Solicit Acceptances to their Chapter 11 Plan (the "**Motion**") filed by GreenTech Automotive, Inc. and WM Industries Corp., debtors and debtors-in-possession herein (together, the "**Debtors**"), in which the Debtors requested entry of an order further extending the period during which the Debtors have the exclusive right to solicit acceptances to their Modified Third Amended Joint Chapter 11 Plan of Liquidation of GreenTech Automotive, Inc. and WM Industries Corp. [Docket No. 375] (as may be further amended, the "**Plan**") through and including March 23, 2019; and due and proper notice of the Motion having been provided as set forth in the Motion and the Court finding that no other or further notice need be provided; and the Court finding that the extension of exclusivity sought in the Motion is appropriate under the circumstances and that cause exists to

---

[1] The Debtors in these jointly administered chapter 11 cases are GreenTech Automotive, Inc. (Case No. 18-10651), WM Industries Corp. (Case No. 18-10652), Gulf Coast Funds Management, LLC (Case No. 18-10653), American Immigration Center, LLC (Case No. 18-10654), GreenTech Automotive Capital A-3 GP, LLC (Case No. 18-10655), and GreenTech Automotive Partnership A-3, L.P. (Case No. 18-10656).

| | |
|---|---|
| Kristen E. Burgers (VSB No. 67997) | Mark S. Lichtenstein (Admitted pro hac vice) |
| HIRSCHLER FLEISCHER | Crowell & Moring LLP |
| 8270 Greensboro Drive, Suite 700 | 590 Madison Avenue, 20th Floor |
| Tysons, Virginia 22102 | New York, New York 10022 |
| Telephone:           (703) 584-8900 | Telephone:  (212) 223-4000 |
| Facsimile:  (703) 584-8901 | Facsimile:  (212) 223-4001 |
| Email:  kburgers@hf-law.com | Email:  mlichtenstein@crowell.com |
| *Co-Counsel to the Debtors* | *Co-Counsel to the Debtors* |

grant such extension; and after due deliberation and finding good cause, it is by the United States Bankruptcy Code for the Eastern District of Virginia, sitting in Alexandria,

ORDERED, that the Motion is granted; and it is further

ORDERED, that the period during which the Debtors have the exclusive right to solicit acceptances of the Plan, as may be further amended or modified, shall be extended through and including March 23, 2019; and it is further

ORDERED, that the extension of the exclusive solicitation period set forth herein shall be without prejudice to the Debtors' right to request further extensions thereof; and it is further

ORDERED, that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

Alexandria, Virginia

Dated: Feb 14 2019

/s/ Brian F. Kenney

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket:Feb 15 2019

*REMAINDER OF PAGE INTENTIONALLY BLANK*

2

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8900
Facsimile:     (703) 584-8901
Email:           kburgers@hf-law.com


*/s/ Mark S. Lichtenstein*
Mark S. Lichtenstein (pro hac vice pending)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone:    (212) 223-4000
Facsimile:     (212) 223-4001
Email:           mlichtenstein@crowell.com


*Co-Counsel to the Debtors*


### Local Rule 9022-1(C) Certification

I certify that the foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                                                                              */s/ Kristen E. Burgers*
                                                                              Kristen E. Burgers

10878460-1  043227.00001