# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| GreenTech Automotive, Inc., <u>et al.</u>[1] | ) | Case No. 18-10651 |
| | ) | Jointly Administered |
| Debtor. | ) | |
| | ) | |

## NOTICE OF INTENTION WITH RESPECT TO PLAN CONFIRMATION

**PLEASE TAKE NOTICE** that, as required by the Order Continuing Confirmation Hearing and Setting Deadlines [Docket No. 507], GreenTech Automotive, Inc. and WM Industries Corp., debtors and debtors-in-possession (the "**Debtors**") in these jointly-administered bankruptcy cases, do not intend to proceed with confirmation of their Modified Third Amended Joint Chapter 11 Plan of Liquidation of GreenTech Automotive, Inc. and WM Industries Corp. [Docket No. 375] at the hearing scheduled at 1:30 p.m. Eastern time on April 16, 2019.

*REMAINDER OF PAGE INTENTIONALLY BLANK*

---

[1] The Debtors in these jointly administered chapter 11 cases are GreenTech Automotive, Inc. (Case No. 18-10651), WM Industries Corp. (Case No. 18-10652), Gulf Coast Funds Management, LLC (Case No. 18-10653), American Immigration Center, LLC (Case No. 18-10654), GreenTech Automotive Capital A-3 GP, LLC (Case No. 18-10655), and GreenTech Automotive Partnership A-3, L.P. (Case No. 18-10656).

---

Kristen E. Burgers (VSB No. 67997)  
HIRSCHLER FLEISCHER  
8270 Greensboro Drive, Suite 700  
Tysons, Virginia 22102  
Telephone: (703) 584-8900  
Facsimile: (703) 584-8901  
Email: kburgers@hirschlerlaw.com  

*Co-Counsel to the Debtors*

Mark S. Lichtenstein (Admitted pro hac)  
Crowell & Moring LLP  
590 Madison Avenue, 20th Floor  
New York, New York 10022  
Telephone: (212) 223-4000  
Facsimile: (212) 223-4001  
Email: mlichtenstein@crowell.com  

*Co-Counsel to the Debtors*

Dated: March 14, 2019 Respectfully submitted,

*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia  22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hirschlerlaw.com


*/s/ Mark S. Lichtenstein*
Mark S. Lichtenstein (Admitted Pro Hac)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4001
Email: mlichtenstein@crowell.com

*Co-Counsel to the Debtor*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of March, 2019, I caused a true and correct copy of the foregoing Notice of Election with Respect to Plan Confirmation to be served by operation of this Court's CM/ECF electronic case management system upon all parties entitled to receive notice thereby.

                                          */s/ Kristen E. Burgers*
                                          Kristen E. Burgers