**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GreenTech Automotive, Inc., et al.[1] ) | Case No. 18-10651 |
| ) | Jointly Administered |
| Debtor. ) | |

**CERTIFICATION OF BALLOT REPORT FOR
THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF LIQUIDATION OF
GREENTECH AUTOMOTIVE, INC. AND WM INDUSTRIES CORP.**

I, Mark Lichtenstein, a partner of Crowell & Moring LLP, hereby certify under penalty of perjury, that the Ballot Report annexed hereto (the "**Ballot Report**") as Exhibit A accurately reflects the voting of creditors for all ballots received by August 16, 2019. The chart below summarizes the Ballot Report.

| | ACCEPTING[2] | | | | | REJECTING | | | |
|---|---|---|---|---|---|---|---|---|---|
| CLASS | # | % | AMOUNT | % | # | % | AMOUNT | % |
| 1 | 1 | 100% | $465,133.05 | 100% | 0 | 0% | $0.00 | 0% |
| 2 | 1 | 100% | $394,000.00 | 100% | 0 | 0% | $0.00 | 0% |
| 3 | 1 | 100% | $50,000,000.00 | 100% | 0 | 0% | $0.00 | 0% |
| 6 | 3 | 100% | $29,700,653.02 | 100% | 0 | 0% | $0.00 | 0% |

---

[1] The Debtors in these jointly administered chapter 11 cases are GreenTech Automotive, Inc. (Case No. 18-10651), WM Industries Corp. (Case No. 18-10652), Gulf Coast Funds Management, LLC (Case No. 18-10653), American Immigration Center, LLC (Case No. 18-10654), GreenTech Automotive Capital A-3 GP, LLC (Case No. 18-10655), and GreenTech Automotive Partnership A-3, L.P. (Case No. 18-10656).

[2] Classes 4 and 5 are unimpaired and thus deemed to accept. Classes 7, 8, 9, 10, and 11 are impaired and thus deemed to reject.

Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901
Email: kburgers@hf-law.com

*Co-Counsel to the Debtors*

Mark S. Lichtenstein (Admitted pro hac vice)
Crowell & Moring LLP
590 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4001
Email: mlichtenstein@crowell.com

*Co-Counsel to the Debtors*

I further certify that the Investor Consent Report annexed hereto (the " Investor Consent Report") accurately reflects the voting of A-3 and A-4 Investors for all Investor Consents (as defined in the Debtors' Fourth Amended Joint Chapter 11 Plan of Liquidation (the "Plan")) received by August 16, 2019.  The chart below summarizes the Investor Consent Report.

| INVESTOR | # OF INVESTORS ELECTING TO OPT-IN | # OF INVESTORS DECLINING TO OPT-IN |
|---|---|---|
| A-3 | 51 | 0 |
| A-4 | 69 | 0 |

Dated: August 21, 2019

Respectfully submitted,

*/s/ Mark S. Lichtenstein*
Mark S. Lichtenstein (*admitted pro hac vice*)
CROWELL & MORING LLP
590 Madison Ave., 20th Fl.
New York, NY  10022
Telephone:     (212) 895-4267
Facsimile:      (212) 223-4134
Email:             mlichtenstein@crowell.com

*Counsel to the Debtors*


*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia  22102
Telephone:     (703) 584-8900
Email:             kburgers@hf-law.com

*Local Counsel to the Debtors*

## **Ballot Report**

### **CLASS 1**

| Investor | Voting Amount |
|---|---|
| Tunica County, Mississippi | FOR: $465,133.05 |
| **Total:** | **$465,133.05** |

### **CLASS 2**

| Investor | Voting Amount |
|---|---|
| Tunica County, Mississippi | FOR: $394,00.00 |
| **Total:** | **$394,000.00** |

### **CLASS 3**

| Investor | Voting Amount |
|---|---|
| GreenTech Automotive Partnership A-3, L.P. | FOR: $50,000,000[1] |
| **Total:** | **$50,000,000** |

### **CLASS 4**
Unimpaired, Deemed to Accept

### **CLASS 5**
Unimpaired, Deemed to Accept

### **CLASS 6**

| Investor | Voting Amount |
|---|---|
| State of Mississippi, Mississippi Development Authority | FOR: $3,494,653.02 |
| Tunica County, Mississippi | FOR: $1,606,000.00 |
| Virtual Integrated Analytics Solutions Inc. | Ballot not received |
| Quality Metalcraft, Inc. | Ballot not received |
| Swoosh Technologies & Solutions | Ballot not received |
| Futuris Auto Interiors | Ballot not received |
| Akerman LLP IOLA Account | Ballot not received |
| Sheehan & Associates, PLC | Ballot not received |
| Honigman Miller Schwartz & Cohen | Ballot not received |
| P7/Buchanan Pinkard Lakeside | Ballot not received |
| Oakley Industries | Ballot not received |
| GreenTech Automotive Partnership A-3, L.P.[2] | FOR: $24,600,000.00 |
| P7 Buchanan Pinkard Lakeside | Ballot not received |

---

[1] The actual A-3 LP Secured Claim is in the amount of $4,706,870.59.
[2] All 53 A-3 Investors who submitted a completed Class 6 Ballot accepted the Plan (there are 89 A-3 Investors in total).

| Total: | $29,700,653.02[3] |
|---|---|

**CLASS 7**
Impaired, Deemed to Reject

**CLASS 8**
Impaired, Deemed to Reject

**CLASS 9**
Impaired, Deemed to Accept

**CLASS 10**
Impaired, Deemed to Reject

**CLASS 11**
Impaired, Deemed to Reject

---

[3] The total claims in the Class are in the amount of $30,354,990.31. Thus, 100% of Creditors that voted, voted in favor, and nearly 100% of the aggregate claims in the Class voted in favor.

## Investor Consent Report

### A-3 Investors

| Investor | Election |
|---|---|
| Tang Bixiang | Consent not received |
| Shao Yunxia | Opt-in |
| Wang Yue | Consent not received |
| Zhang Nianqing | Opt-in |
| Wang Zhiwei | Opt-in |
| Jiang Limei | Consent not received |
| Wang Rui | Consent not received |
| Li Jing | Opt-in |
| Yao Junping | Consent not received |
| Tang Xiaonan | Opt-in |
| Zhao Huibin | Opt-in |
| Chen Yuanyuan | Opt-in |
| Lu Huibin | Opt-in |
| Liu Jiahong | Opt-in |
| Ling Hao | Opt-in |
| Huang Jun | Opt-in |
| Li Zhonghui | Consent not received |
| Li Chunsheng | Consent not received |
| Yu Houqian | Consent not received[1] |
| Han Bing | Opt-in |
| Geng Tianyang | Opt-in |
| Liao Fangfang | Opt-in |
| Xiong Shie | Consent not received |
| Wang Chun | Consent not received |
| Qin Zheng | Consent not received[2] |
| Zhang Weihua | Opt-in |
| Fang Jiande | Opt-in |
| Liu Xiaoyan | Opt-in |
| Li Li | Opt-in |
| Wu Jian | Consent not received |
| Zhang Xuemei | Consent not received |
| Cheng Qingli | Opt-in |
| Lin Lin | Consent not received |
| Hu Dongsheng | Opt-in |

---

[1] Received Investor Consent, but investor neither elected nor declined to opt-in.
[2] Received Investor Consent, but investor neither elected nor declined to opt-in.

| Name | Status |
|---|---|
| Cui Jie | Opt-in |
| He Li | Opt-in |
| He Baihui | Opt-in |
| Shen Meiming | Consent not received |
| You Jin | Opt-in |
| Zhao Yan | Consent not received |
| Bi Xia | Consent not received |
| Liu Xianhai | Consent not received |
| Wang Yahong | Consent not received |
| Tan Yunping | Consent not received |
| Zhang Zhenjun | Opt-in |
| Gao Chun | Opt-in |
| Cheng Ying | Consent not received |
| Zhang Wang | Opt-in |
| Zhen Yu | Opt-in |
| Ling Lui | Opt-in |
| Wang Rui | Consent not received |
| Luo Yingshu | Opt-in |
| Yan Lina | Consent not received |
| Liu Lan | Consent not received |
| Zhang Guosheng | Opt-in |
| Chen Nian | Consent not received |
| Zeng Wei | Consent not received |
| Le Kui | Consent not received |
| Fan Yali | Consent not received |
| Li Xinmin | Opt-in |
| Cai Zhiqiang | Opt-in |
| Zhang Shengbo | Opt-in |
| Zhong Fumin | Opt-in |
| Dai Yuqing | Opt-in |
| Gu Jun | Consent not received |
| Yang Xiaohong | Consent not received |
| Wang Ning | Opt-in |
| Liang Hui | Opt-in |
| Xu Jing | Opt-in |
| Dong Yue | Opt-in |
| Wan Ling | Opt-in |
| Liu Jian | Consent not received |
| Zhang Yunhai | Opt-in |
| Cui Tao | Consent not received |
| Li Ying | Opt-in |

| | |
|---|---|
| Long Gan | Opt-in |
| Tao Lei | Opt-in |
| Yang Dong | Consent not received |
| Liu Jinhua | Opt-in |
| Yang Xin | Opt-in |
| Chen Meirong (now Chen Ran) | Opt-in |
| Chen Ying | Consent not received |
| Lu Xiaoshuang | Opt-in |
| An Tingting | Consent not received |
| Teng Lei | Consent not received |
| Lei Yan | Opt-in |
| Zhang Yifei | Opt-in |
| Zhan Xu | Consent not received |
| Han Zhuoni | Consent not received |

## A-4 Investors

| Investor | Election |
|---|---|
| Wang Fang | Opt-in |
| Qi Xuemei | Consent not received |
| Li Heng | Consent not received |
| Ma Chaosong | Opt-in |
| Wang Jing | Consent not received |
| Zhang Jinying | Opt-in |
| Sun Jiang | Consent not received |
| Zhang Le | Opt-in |
| Chowdappa Jayaramaiah | Consent not received |
| Zhang Ziyin | Opt-in |
| Du Xiaojuan | Consent not received |
| Wei Ming | Opt-in |
| Jiang Jiabo | Opt-in |
| Bian Xinmin | Consent not received |
| Zhao Xuejun | Opt-in |
| Li Xiaolu | Consent not received |
| Li Jun | Opt-in |
| Cui Weiying | Opt-in |
| Jin Ning | Opt-in |
| Huang Ying | Consent not received |
| Li Na | Consent not received |
| Zhang Yang | Opt-in |
| Fang Weiming | Opt-in |

| | |
|---|---|
| He Yimin | Opt-in |
| Ma Yun | Opt-in |
| Chen Wen | Opt-in |
| Wang Xin | Opt-in |
| Wang Zijun | Opt-in |
| Kong Gezi | Opt-in |
| Jiang Xiaoxiao | Opt-in |
| Li Lixia | Opt-in |
| Tian Yue | Opt-in |
| Chai Xudong | Opt-in |
| Li Jun | Consent not received |
| Li Yan | Opt-in |
| Jiang Liya | Opt-in |
| Ma Jing | Opt-in |
| Yang Yiwen | Consent not received |
| Sheng Lijun | Opt-in |
| Zou Liangguang | Opt-in |
| Sun Pin | Opt-in |
| Sun Tingye | Opt-in |
| Chen Juan | Opt-in |
| Liang Tao | Opt-in |
| Xu Hui | Opt-in |
| Wang Zongang | Opt-in |
| Dong Gang | Opt-in |
| Ying Hongbo | Opt-in |
| Wu Xiaoyan | Opt-in |
| Peng Linyan | Opt-in |
| Yang Wen | Consent not received |
| Guo Chunlei | Opt-in |
| Hu Gongde | Opt-in |
| Lu Chengwei | Opt-in |
| Li Donghong | Opt-in |
| Lin Ying | Opt-in |
| Li Qinyu | Consent not received |
| Ma Lin | Opt-in |
| Shou Yuying | Consent not received |
| Jiang Huifen | Opt-in |
| Yang Man | Opt-in |
| Yu Zhitao | Opt-in |
| Lin Jie | Consent not received |
| Ai Yinqian | Opt-in |

| | |
|---|---|
| Mu Xin | Opt-in |
| Li Jing | Opt-in |
| Shi Jin | Opt-in |
| Zhang Jianyu | Opt-in |
| Wang Wenjie | Opt-in |
| Gong Zhongqiu | Consent not received |
| Feng Qiuhong | Opt-in |
| Zhang Ying | Opt-in |
| Ma Like | Consent not received |
| Shen Jing | Opt-in |
| He Xiaohua | Opt-in |
| Zhang Hao | Opt-in |
| Chong Mei | Opt-in |
| Gao Tianqun | Opt-in |
| Shi Lizheng | Opt-in |
| Xu Shitong | Opt-in |
| Hao Lijun | Opt-in |
| Zhang DeHong | Opt-in |
| Zhao Xiaoning | Consent not received |
| Wang Xianzhe | Opt-in |
| Wang Yandong | Opt-in |
| Su Yingying | Opt-in |
| Cao Lixin | Consent not received |
| Liu Xiaowei | Consent not received |
| Zhou Cheng | Consent not received |
| Cao Guohua | Consent not received |
| Ji Fang | Consent not received |
| Yang Wen | Opt-in |
| Sun Jinjin | Consent not received |
| Wu Hongli | Consent not received |
| Yin Fang | Consent not received |
| Yang Hongbin | Consent not received |
| Hou Xiaoping | Consent not received |
| Song Siyu | Consent not received |
| Hu Cailan | Consent not received |
| Wang Huanyu | Consent not received |
| Xin Jilefu | Consent not received |
| Liu Siyu | Consent not received |
| Zhao Xiaoning | Opt-in |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of August, 2019, a copy of the foregoing Certification of Ballot Report for the Fourth Amended Joint Chapter 11 Plan of Liquidation of GreenTech Automotive, Inc. and WM Industries Corp. was served via this Court's CM/ECF electronic filing service on all parties entitled to receive notice thereby.

*/s/ Kristen E. Burgers*
Kristen E. Burgers

11495692.1  043227.00001