# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| GreenTech Automotive, Inc., et al.[1] ) | Case No. 18-10651 |
| ) | Jointly Administered |
| Reorganized Debtors. ) | |
| ) | |

## ORDER GRANTING LEAVE TO DEPOSIT FUNDS INTO THE U.S. TREASURY

Upon the motion (the "**Motion**") of GreenTech Automotive, Inc., the reorganized and substantively consolidated debtor (the "**Debtor**") in the above-captioned, jointly administered cases, for leave to deposit into the U.S. Treasury $17,500.00 (the "**Funds**") in unclaimed distributions to Fan Yali from the Debtor's Amended Modified Fourth Amended Joint Plan of Liquidation for the Debtors (the "**Plan"**) [Docket 627] pursuant to Local Bankruptcy Rule 3011-1(A) and the Standing Order of the United States District Court for the Eastern District of Virginia re: Deposit and Investment of Registry Funds dated April 1, 2017; and due and proper notice of the Motion having been provided as set forth in the Motion and the Court finding that no other or further notice need be provided; and the Court finding that the relief sought in the Motion is appropriate and necessary to effectuate the terms of the Plan; and after due deliberation and finding good cause, it is, by the United States Bankruptcy Court for the Eastern District of Virginia, sitting in Alexandria,

---

[1] The Debtors in these jointly administered chapter 11 cases are GreenTech Automotive, Inc. (Case No. 18-10651), WM Industries Corp. (Case No. 18-10652), Gulf Coast Funds Management, LLC (Case No. 18-10653), American Immigration Center, LLC (Case No. 18-10654), GreenTech Automotive Capital A-3 GP, LLC (Case No. 18-10655), and GreenTech Automotive Partnership A-3, L.P. (Case No. 18-10656).

Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:           (703) 584-8900
Facsimile:  (703) 584-8901
Email:  kburgers@hirschlerlaw.com

*Co-Counsel to the Reorganized Debtor*

Mark S. Lichtenstein (Admitted pro hac vice)
Akerman LLP
520 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: ( 212) 259-8707
Facsimile:  (212) 259-8578
Email:  mark.lichtenstein@akerman.com

*Co-Counsel to the Reorganized Debtor*

ORDERED, that the Motion is **GRANTED**; and it is further

ORDERED that the Clerk of Court is directed to deposit the $17,500.00 tendered by the Debtor into the U.S. Treasury; and it is further

ORDERED, that the Clerk of Court shall not disburse the Funds absent further order of this Court; and it is further

ORDERED, that the Debtor is hereby released and discharged from all liability to Fan Yali and all parties at any time asserting a claim of entitlement to the Funds on account of the Plan or relating to the Court's distribution of the Funds.

Alexandria, Virginia

Dated: Sep 14 2020

/s/ Brian F. Kenney

UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: Sep 15 2020

WE ASK FOR THIS:

*/s/ Kristen E. Burgers*
Kristen E. Burgers (VSB No. 67997)
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8900
Facsimile:    (703) 584-8901
Email:        kburgers@hirschlerlaw.com

*/s/ Mark S. Lichtenstein*
Mark S. Lichtenstein (Admitted pro hac vice)
Akerman LLP

520 Madison Avenue, 20th Floor
New York, New York 10022
Telephone: ( 212) 259-8707
Facsimile:  (212) 259-8578
Email:  mark.lichtenstein@akerman.com

*Co-Counsel to the Reorganized Debtor*

### Local Rule 9022-1(C) Certification

  I certify that the foregoing Order was endorsed by all necessary parties pursuant to Local Rule 9022-1(C).

                */s/ Kristen E. Burgers*
                Kristen E. Burgers

12673323.1  043227.00001